**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____        Chapter        **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Schmidty Kicks LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0615611** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2524 Powell Avenue**<br>**Pennsauken, NJ 08110**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Camden**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Schmidty Kicks LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **Schmidty Kicks LLC**

Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | | | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Schmidty Kicks LLC**
Name    Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Schmidty Kicks LLC**                                          Case number (*if known*)
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2023**
               MM / DD / YYYY

**X** **/s/ Brett Schmidt**                                      **Brett Schmidt**
Signature of authorized representative of debtor                 Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ E. Richard Dressel**                    Date    **January 17, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**E. Richard Dressel**
Printed name

**Lex Nova Law, LLC**
Firm name

**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
Number, Street, City, State & ZIP Code

Contact phone    **856.382.8211**        Email address    **rdressel@lexnovalaw.com**

**ED1793 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Schmidty Kicks LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __**January 17, 2023**__        X /s/ Brett Schmidt
                                            Signature of individual signing on behalf of debtor

                                            **Brett Schmidt**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

1/17/23  7:04PM

---

**Fill in this information to identify the case:**

Debtor name    **Schmidty Kicks LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $ _____ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................    $ _____ **808.49**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $ _____ **808.49**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ **18,473,066.33**

4.  **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ **18,473,066.33**

---

**Fill in this information to identify the case:**

Debtor name    **Schmidty Kicks LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number *(if known)*

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **TD Bank, N.A. (xxx0868)** | **Checking account** | | $624.86 |
| 3.2. | **TD Bank, N.A. (xxx8671)** | | | $183.63 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $808.49 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **Schmidty Kicks LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

11a. 90 days old or less: _____ **0.00** - _____ **0.00** = .... _____ **$0.00**

           face amount            doubtful or uncollectible accounts

---

12.   **Total of Part 3.**                                            **$0.00**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
□ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles** | **$0.00** | | **$0.00** |

---

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

---

Debtor    **Schmidty Kicks LLC**                          Case number *(If known)* _____
          Name

---

51.    **Total of Part 8.**                                            | $0.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ☑ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ☑ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☑ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.   **Notes receivable** <br> Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|   **Vendor Credit** | $0.00 |
|   **Deposit on Inventory** | $0.00 |

| Debtor | **Schmidty Kicks LLC** | Case number *(If known)* | |
| | Name | |

| | | |
|---|---|---|
| **Due from Schmidty Kicks Fund LLC** | | **$0.00** |
| **Zadeh Kicks LLC, Michael Malekzadeh and Bethany Mockerman (claims for unfulfilled purchases and gift cards)** | | **Unknown** |
| **American Express (potential charge-back, turnover, fraudulent transfer claims)** | | **Unknown** |
| **Stripe (potential charge-back, fraudulent transfer claims)** | | **Unknown** |
| **PayPal (potential charge-back, fraudulent transfer claims)** | | **Unknown** |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor **Schmidty Kicks LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $808.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $808.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $808.49 |

1/17/23  7:04PM

**Fill in this information to identify the case:**

Debtor name      **Schmidty Kicks LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Schmidty Kicks LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Adam Koper**<br>**2802 6th Avenue**<br>**South Milwaukee, WI 53172**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $424.00 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Adam Koper**<br>**2802 6th Avenue**<br>**South Milwaukee, WI 53172**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __order and discount coupon__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,680.00 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Adam Koper**<br>**2802 6th Avenue**<br>**South Milwaukee, WI 53172**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __order and discount coupon__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $735.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Alejandro Ambriz**<br>**1308 West Washington Street**<br>**South Bend, IN 46601**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,500.00 |

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**Alejandro Ambriz**
**1308 West Washington Street**
**South Bend, IN 46601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$875.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Alejandro Ambriz**
**1308 West Washington Street**
**South Bend, IN 46601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,660.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Alejandro Ambriz**
**1308 West Washington Street**
**South Bend, IN 46601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$765.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Alex McNeice**
**113 west 15th Street**
**New York, NY 10011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$252.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**Alex Tsatourian**
**1865 Idlewood Road**
**Glendale, CA 91202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Alexander Knight**
**9110 Tumbleweed Run #H**
**Laurel, MD 20723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,060.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Alfred Gavina**
**224 Urma Ave**
**Clifton, NJ 07013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,050.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Allan Wood**
**15 F B Merrick Circle**
**Randolph, MA 02368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Alvin Gavina**
**224 Urma Ave**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,430.00** |
|---|---|---|---|

**Alvin Gavina**
**224 Urma Ave**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00** |
|---|---|---|---|

**Alvin Gavina**
**224 Urma Ave**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Alvin Gavina**
**224 Urma Ave**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Express, c/o**
**Shawn T. Hynes, Esquire**
**V.P. & Senior Litigation Counsel**
**200 Vesey Street, 49th Floor**
**New York, NY 10285**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00** |
|---|---|---|---|

**Andre Tablit**
**94-544 Hiahia Loop**
**Waipahu, HI 96797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | |
|---|---|---|
| | Name | Case number *(if known)* |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |
|---|---|---|---|

**Andre Tablit**
**94-544 Hiahia Loop**
**Waipahu, HI 96797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,750.00 |
|---|---|---|---|

**Andres Martinez**
**4137 NW 78th Avenue**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,390.00 |
|---|---|---|---|

**Andres Martinez**
**4137 NW 78th Avenue**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Andres Martinez**
**4137 NW 78th Avenue**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,920.00 |
|---|---|---|---|

**Andres Martinez**
**4137 NW 78th Avenue**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,125.00 |
|---|---|---|---|

**Andres Martinez**
**4137 NW 78th Avenue**
**Sunrise, FL 33351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,764.00 |
|---|---|---|---|

**Andrew Frendo**
**38327 South Rickham**
**Brighton, MI 48116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,172.00**

**Andrew Frendo**
**38327 South Rickham**
**Brighton, MI 48116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00**

**Andrew Lam**
**10050 Lazy Meadows Drive**
**Houston, TX 77064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00**

**Andrew Lam**
**10050 Lazy Meadows Drive**
**Houston, TX 77064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00**

**Andrew Lam**
**10050 Lazy Meadows Drive**
**Houston, TX 77064**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.00**

**Andy Shih**
**963 Lawrence Lane**
**Palo Alto, CA 94303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,050.00**

**Anfernee Do**
**12219 Rothmoore ln**
**Houston, TX 77066**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Anthony Chen**
**381 Stonegate Ct**
**Allentown, PA 18106**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00** |
|---|---|---|---|
| | **Anthony Chen** | ☐ Contingent | |
| | **381 Stonegate Ct** | ☐ Unliquidated | |
| | **Allentown, PA 18106** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|
| | **Anthony Chen** | ☐ Contingent | |
| | **381 Stonegate Ct** | ☐ Unliquidated | |
| | **Allentown, PA 18106** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|
| | **Anthony Wessels** | ☐ Contingent | |
| | **35455 Marabella Ct.** | ☐ Unliquidated | |
| | **Winchester, CA 92596** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** order and discount coupon | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |
|---|---|---|---|
| | **Anthony Wessels** | ☐ Contingent | |
| | **35455 Marabella Ct.** | ☐ Unliquidated | |
| | **Winchester, CA 92596** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** order and discount coupon | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00** |
|---|---|---|---|
| | **Ari Semerciyan** | ☐ Contingent | |
| | **539 Ridgeland Terrace** | ☐ Unliquidated | |
| | **Leonia, NJ 07605** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,810.00** |
|---|---|---|---|
| | **Ari Semerciyan** | ☐ Contingent | |
| | **539 Ridgeland Terrace** | ☐ Unliquidated | |
| | **Leonia, NJ 07605** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
|---|---|---|---|
| | **Ari Semerciyan** | ☐ Contingent | |
| | **539 Ridgeland Terrace** | ☐ Unliquidated | |
| | **Leonia, NJ 07605** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Schmidty Kicks LLC**

Name

Case number (if known) _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,622.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,622.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,764.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,462.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,462.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,412.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,412.00 |

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,032.00** |
|---|---|---|---|

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,642.00** |
|---|---|---|---|

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|---|

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,990.00** |
|---|---|---|---|

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,824.00** |
|---|---|---|---|

**Ari Semerciyan**
**539 Ridgeland Terrace**
**Leonia, NJ 07605**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Arianna Jamison**
**7326 Kelley Loop**
**Unit B**
**Fort George G Meade, MD 20755**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Armon Bhandal**<br>**11 Bell Lane**<br>**Burlington, NJ 08016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00** |
|---|---|---|---|
| | **Armon Bhandal**<br>**11 Bell Lane**<br>**Burlington, NJ 08016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|
| | **Armon Bhandal**<br>**11 Bell Lane**<br>**Burlington, NJ 08016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|---|---|---|---|
| | **Ashlon Albert**<br>**1521 Callaking Place**<br>**Houston, TX 77008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  order and discount coupon | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|
| | **Austin Howsare**<br>**4445 NW 166th St**<br>**Clive, IA 50325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,924.00** |
|---|---|---|---|
| | **Austin Zaumseil**<br>**1215 N Dryden Avenue**<br>**Arlington Heights, IL 60004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,550.00** |
|---|---|---|---|
| | **Austin Zaumseil**<br>**1215 N Dryden Avenue**<br>**Arlington Heights, IL 60004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  order and discount coupon | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Schmidty Kicks LLC**

Name

Case number *(if known)* _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,086.00** |
|---|---|---|---|

**Austin Zaumseil**
**1215 N Dryden Avenue**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,250.00** |
|---|---|---|---|

**Avs Kicks Inc**
**75-39 187th Street**
**Fresh Meadows, NY 11366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,750.00** |
|---|---|---|---|

**Balit Rajendranazth**
**2039 Bathgate Avenue**
**Bronx, NY 10457**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Barry Pollack, Esquire**
**PSD**
**43 West 43rd Street, Suite 174**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
|---|---|---|---|

**Benjamin  Swancutt**
**92165 Applegate Trail**
**Junction City, OR 97448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,900.00** |
|---|---|---|---|

**Billal Hammoud**
**3235 Bending Brook**
**Flushing, MI 48433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,850.00** |
|---|---|---|---|

**Billal Hammoud**
**3235 Bending Brook**
**Flushing, MI 48433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,197.00** |
|---|---|---|---|

**Billy Erazo**
**Urb Monte Bello**
**C34**
**Hormigueros**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126,563.00** |
|---|---|---|---|

**Boris Melikhov**
**2111 East Avenue, Apt. M**
**Rochester, NY 14610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$257.00** |
|---|---|---|---|

**Brad Westerhold**
**8515 Bowsong Lane**
**Powell, TN 37849**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$697.00** |
|---|---|---|---|

**Branden Canete**
**1370 Sheridan Lane**
**Beaumont, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$657.00** |
|---|---|---|---|

**Branden Canete**
**1370 Sheridan Lane**
**Beaumont, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,750.00** |
|---|---|---|---|

**Branden Fox**
**125 W Attica Street**
**Rossville, IL 60963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.00** |
|---|---|---|---|

**Brandon Braveboy**
**1201 Trapani Cove**
**Chula Vista, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,085.00**

**Brandon Lara**
**3524 Miramar Drive**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00**

**Brandon Wirchanske**
**15237 Magnolia Blvd.**
**Unit B**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.00**

**Brandon Wirchanske**
**15237 Magnolia Blvd.**
**Unit B**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Brandon Wirchanske**
**15237 Magnolia Blvd.**
**Unit B**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Brandon Wirchanske**
**15237 Magnolia Blvd.**
**Unit B**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,380.00**

**Brandon Wirchanske**
**15237 Magnolia Blvd.**
**Unit B**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

**Brandon Wirchanske**
**15237 Magnolia Blvd.**
**Unit B**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,788.00** |
|---|---|---|---|

**Brandon Wong**
**8871 SE Emily Park Way**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,035.00** |
|---|---|---|---|

**Brandon Wong**
**8871 SE Emily Park Way**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,570.00** |
|---|---|---|---|

**Brandon Wong**
**8871 SE Emily Park Way**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,175.00** |
|---|---|---|---|

**Brandon Wong**
**8871 SE Emily Park Way**
**Happy Valley, OR 97086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brett Schmidt**
**2524 Powell Avenue**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Brian Alvarez**
**4516 South Kilpatrick Avenue**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00** |
|---|---|---|---|

**Brian Chu**
**262-43 60th Avenue**
**Little Neck, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schmidty Kicks LLC** | | Case number (if known) | |
|--------|----|---|---|---|
| | Name | | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,520.00**

**Brian Jamison**
**7326 Kelley Loop**
**Unit B**
**Fort George G Meade, MD 20755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,940.00**

**Brian Jamison**
**7326 Kelley Loop**
**Unit B**
**Fort George G Meade, MD 20755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

**Brian Jamison**
**7326 Kelley Loop**
**Unit B**
**Fort George G Meade, MD 20755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00**

**Brian Jamison**
**7326 Kelley Loop**
**Unit B**
**Fort George G Meade, MD 20755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00**

**Brian Le**
**2262 Piedmont Road**
**Apt. D**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Brooks Chodnicki**
**3775 Turtle Run Blvd**
**Apt. 1431**
**Pompano Beach, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Brooks Chodnicki**
**3775 Turtle Run Blvd**
**Apt. 1431**
**Pompano Beach, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,070.00**

**Bryan Jenkins**
**139-46 253rd Street**
**Rosedale, NY 11422**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,785.00**

**Bryan Jenkins**
**139-46 253rd Street**
**Rosedale, NY 11422**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**Bryan Jenkins**
**139-46 253rd Street**
**Rosedale, NY 11422**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Calvin Scott**
**6600 Suitland Road**
**Morningside, MD 20746**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,150.00**

**Carlo Espiel**
**12126 Brittania Circle**
**Germantown, MD 20874**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,730.00**

**Carlos Aguillon-Menefee**
**6322 Deer Ridge Trail Court**
**Springfield, VA 22150**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**Carlos Varela**
**609 S 25 1/2 St**
**Hidalgo, TX 78557**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$277.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,840.00**

**Carly Galvez**
**67 Goldie St**
**Revere, MA 02151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,070.00** |
|---|---|---|---|

**Carter Rae**
**472 Amherst Street**
**Unit 7185648**
**Nashua, NH 03063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Cecelia McDuffie**
**2727 W 116th St**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
|---|---|---|---|

**Cesar Olaya**
**6025 Basingstoke Court**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,270.00** |
|---|---|---|---|

**Cesar Olaya**
**6025 Basingstoke Court**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,945.00** |
|---|---|---|---|

**Cesar Olaya**
**6025 Basingstoke Court**
**Centreville, VA 20120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,312.00** |
|---|---|---|---|

**Chance Bolmer**
**1080 Blaze Drive**
**Mount Ulla, NC 28125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,700.00** |
|---|---|---|---|

**Charles Russell**
**2060 NW 3rd Avenue**
**Gainesville, FL 32603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schmidty Kicks LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,325.00**

**Charles Russell**
**2060 NW 3rd Avenue**
**Gainesville, FL 32603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,175.00**

**Charles Russell**
**2060 NW 3rd Avenue**
**Gainesville, FL 32603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Charles Schmidt**
**Katie Schmidt**
**305 Randle Court**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**Charles Schmidt, III**
**2524 Powell Avenue**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Schmidt, III**
**2524 Powell Avenue**
**Pennsauken, NJ 08110**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$722.00**

**Chase Yokoyama**
**1631 Ala Makani Place**
**Bronx, NY 10459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Chase Yokoyama**
**1631 Ala Makani Place**
**Bronx, NY 10459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00**

**Chase Yokoyama**
**1631 Ala Makani Place**
**Bronx, NY 10459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,440.00**

**Chirag Patel**
**1804 Pine Meadow Creek**
**Houston, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00**

**Chirag Patel**
**1804 Pine Meadow Creek**
**Houston, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

**Chirag Patel**
**1804 Pine Meadow Creek**
**Houston, TX 77089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

**Chris Caron**
**1241 Wells Mills Road**
**Waretown, NJ 08758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00**

**Chris Caron**
**1241 Wells Mills Road**
**Waretown, NJ 08758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00**

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,850.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,790.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,440.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,650.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,570.00 |
|---|---|---|---|

**Chris Markham**
**8418 Reedland Road**
**Roanoke, VA 24019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$434.00** |
|---|---|---|---|

**Chrishone Peterson**
**30 Grant Street**
**Hempstead, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00** |
|---|---|---|---|

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,790.00** |
|---|---|---|---|

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Schmidty Kicks LLC**

Name

Case number *(if known)* _____

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,370.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,050.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.00** |

**Christopher Black**
**6201 SW 9th Place**
**Pompano Beach, FL 33068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,950.00 |
|---|---|---|---|

**Christopher Carmichael**
**2026 Barrett Knoll Circle NW**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,700.00 |
|---|---|---|---|

**Christopher Carmichael**
**2026 Barrett Knoll Circle NW**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224,050.00 |
|---|---|---|---|

**Christopher Carmichael**
**2026 Barrett Knoll Circle NW**
**Kennesaw, GA 30152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.00 |
|---|---|---|---|

**Christopher Poznick**
**20 Wickom Avenue**
**Hamilton, NJ 08690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.00 |
|---|---|---|---|

**Christopher Poznick**
**20 Wickom Avenue**
**Hamilton, NJ 08690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**Christopher Poznick**
**20 Wickom Avenue**
**Hamilton, NJ 08690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**Christopher Poznick**
**20 Wickom Avenue**
**Hamilton, NJ 08690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Christopher Yoshida**
**5220 Keikilani Circle**
**Honolulu, HI 96821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Chuan Gao**
**1220 Cypress Drive**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,170.00** |
|---|---|---|---|

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,100.00** |
|---|---|---|---|

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,850.00** |

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,050.00** |

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,850.00** |

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,800.00** |

**Clay Martin**
**2441 Cannon Farm Lane**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |

**Craig McClendon**
**1384 Sierra Drive**
**Virginia Beach, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |

**Craig McClendon**
**1384 Sierra Drive**
**Virginia Beach, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00** |

**Damon Rottermond**
**102 East Main Street**
**Brighton, MI 48116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,150.00** |
|---|---|---|---|

**Dan Hill**
**3618 Exeter Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,140.00** |
|---|---|---|---|

**Dan Hill**
**3618 Exeter Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,850.00** |
|---|---|---|---|

**Dan Hill**
**3618 Exeter Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,440.00** |
|---|---|---|---|

**Dan Hill**
**3618 Exeter Way**
**Durham, NC 27707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00** |
|---|---|---|---|

**Daniel Reyes**
**36509 Nasa Terrace**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**Daniel Silva**
**9166 NW 111th Ter**
**Hialeah Gardens, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,070.00** |
|---|---|---|---|

**Daniel Silva**
**9166 NW 111th Ter**
**Hialeah Gardens, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,362.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,650.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,750.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,250.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,850.00** |
|---|---|---|---|

**Daniel Wagner**
**3910 Bowfin Trail**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  order and discount coupon**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Danny Barragan**
**1578 Cloverdale Avenue**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Darius Hampton**
**1451 Northwest 38th Street**
**203**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.00** |
|---|---|---|---|

**Dempsey Dulaney**
**1263 W 250 S**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,800.00** |
|---|---|---|---|

**Dempsey Dulaney**
**1263 W 250 S**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

**Dempsey Dulaney**
**1263 W 250 S**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Dennis Vong**
**1922 Silverwood Circle**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|--------|------------------------|-------------------------|--|
| | Name | | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,050.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,040.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,610.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,850.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,485.00** |
|-------|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,150.00** |
|---|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,330.00** |
|---|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,270.00** |
|---|---|---|---|

**Desmond Warner**
**3336 Baychester Ave**
**Apt 2**
**Bronx, NY 10475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,410.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**Dominic Hoang**
**4609 Saint Nazaire Rd**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,925.00** |
|---|---|---|---|

**Eder Olivas**
**325 Pheasant Hill Drive**
**North Aurora, IL 60542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Eduardo Pacheco**
**1327 Butternut Drive**
**Hanford, CA 93230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,610.00** |

**Eli Minsk**
**7745 Dunvegan Close**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,550.00** |

**Eli Minsk**
**7745 Dunvegan Close**
**Atlanta, GA 30350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Elizabeth Salazar**
**2050 W 48th Street**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |

**Elvis Gomez**
**3721 104st**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,262.00** |

**Elvis Gomez**
**3721 104st**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,342.00** |

**Elvis Gomez**
**3721 104st**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,744.00** |

**Elvis Gomez**
**3721 104st**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|

**Enrique Rodriguez**
**413 E 18th Street**
**Apt. 3**
**Weslaco, TX 78596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,262.00** |
|---|---|---|---|

**Eriberto Peguero**
**9280 Nassau Drive**
**Cutler Bay, FL 33189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Eric Azcona**
**136 Farrell St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00** |
|---|---|---|---|

**Eric Azcona**
**136 Farrell St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Eric Azcona**
**136 Farrell St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,270.00** |
|---|---|---|---|

**Eric Azcona**
**136 Farrell St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00** |
|---|---|---|---|

**Eric Azcona**
**136 Farrell St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | |
| --- | --- | --- | --- |
| | Name | | |

Case number (if known) _____

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
| --- | --- | --- | --- |

**Eric Azcona**
**136 Farrell St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
| --- | --- | --- | --- |

**Eric Brown**
**119-34 238th Street**
**Cambria Heights, NY 11411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00** |
| --- | --- | --- | --- |

**Eric Brown**
**119-34 238th Street**
**Cambria Heights, NY 11411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,050.00** |
| --- | --- | --- | --- |

**Eric Chan**
**619 Larkspur Drive**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.00** |
| --- | --- | --- | --- |

**Erin Banks**
**464 Riverside Avenue**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00** |
| --- | --- | --- | --- |

**Fernando Barragan**
**5221 53rd Avenue**
**Sacramento, CA 95823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |
| --- | --- | --- | --- |

**Fernando Barragan**
**5221 53rd Avenue**
**Sacramento, CA 95823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,400.00** |
| --- | --- | --- | --- |

**Fernando Barragan**
**5221 53rd Avenue**
**Sacramento, CA 95823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,462.00** |
| --- | --- | --- | --- |

**Fernando Londono**
**300 Mayflower Avenue**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,002.00** |
| --- | --- | --- | --- |

**Fernando Londono**
**300 Mayflower Avenue**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,730.00** |
| --- | --- | --- | --- |

**Fernando Torres**
**13-06 34th Avenue**
**Apt. 5D**
**Astoria, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$735.00** |
| --- | --- | --- | --- |

**Francesco Troccoli**
**2844 Sangro Court**
**Henderson, NV 89044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,075.00** |
| --- | --- | --- | --- |

**Francesco Troccoli**
**2844 Sangro Court**
**Henderson, NV 89044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,050.00** |
| --- | --- | --- | --- |

**Francisco Gomez**
**4114 W. Simmons Avenue**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Schmidty Kicks LLC** | | | Case number (if known) | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00** |
| --- | --- | --- | --- |

**Gabriel D. Angeles**
**3 Fern Avenue**
**Dumont, NJ 07628**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
| --- | --- | --- | --- |

**Gabriel D. Angeles**
**3 Fern Avenue**
**Dumont, NJ 07628**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |
| --- | --- | --- | --- |

**Garvey Gregory**
**25 Hughes Street**
**Maplewood, NJ 07040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,050.00** |
| --- | --- | --- | --- |

**Garvey Gregory**
**25 Hughes Street**
**Maplewood, NJ 07040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  order and discount coupon**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00** |
| --- | --- | --- | --- |

**Garvey Gregory**
**25 Hughes Street**
**Maplewood, NJ 07040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  order and discount coupon**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| --- | --- | --- | --- |

**Garvey Gregory**
**25 Hughes Street**
**Maplewood, NJ 07040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| --- | --- | --- | --- |

**Garvey Gregory**
**25 Hughes Street**
**Maplewood, NJ 07040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.00**

**Gary Hwu**
**1591 McKenzie Way**
**Point Roberts, WA 98281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,127.00**

**Gary Hwu**
**1591 McKenzie Way**
**Point Roberts, WA 98281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$257.00**

**Giancarlo Saavedra**
**6889 SW 17th ST**
**Pompano Beach, FL 33068**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00**

**Giancarlo Saavedra**
**6889 SW 17th ST**
**Pompano Beach, FL 33068**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

**Giancarlo Saavedra**
**6889 SW 17th ST**
**Pompano Beach, FL 33068**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00**

**Grant Noble**
**515 14th Ave SE**
**Unit B322**
**Minneapolis, MN 55414**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,750.00**

**Grant Noble**
**515 14th Ave SE**
**Unit B322**
**Minneapolis, MN 55414**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.257** | Nonpriority creditor's name and mailing address
**Greg Gries**
**500 St Albans Drive**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

**$7,800.00**

---

**3.258** | Nonpriority creditor's name and mailing address
**Greg Gries**
**500 St Albans Drive**
**Raleigh, NC 27609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

**$37,850.00**

---

**3.259** | Nonpriority creditor's name and mailing address
**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,394.00**

---

**3.260** | Nonpriority creditor's name and mailing address
**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,770.00**

---

**3.261** | Nonpriority creditor's name and mailing address
**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45,500.00**

---

**3.262** | Nonpriority creditor's name and mailing address
**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,660.00**

---

**3.263** | Nonpriority creditor's name and mailing address
**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

**$1,380.00**

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address

**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

**$2,770.00**

---

**3.265** | Nonpriority creditor's name and mailing address

**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

**$4,100.00**

---

**3.266** | Nonpriority creditor's name and mailing address

**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,250.00**

---

**3.267** | Nonpriority creditor's name and mailing address

**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,870.00**

---

**3.268** | Nonpriority creditor's name and mailing address

**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

**$6,660.00**

---

**3.269** | Nonpriority creditor's name and mailing address

**Griffin Creekmore**
**148 Eagle Crest Dr**
**Brunswick, GA 31525**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

**$12,500.00**

---

**3.270** | Nonpriority creditor's name and mailing address

**Guy Vincent**
**3402 Wyncliff Drive**
**Wilson, NC 27896**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Guy Vincent**
**3402 Wyncliff Drive**
**Wilson, NC 27896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,990.00** |
|---|---|---|---|

**Hannah Jeon**
**520 W Parkwood Avenue**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00** |
|---|---|---|---|

**Harman Kooner**
**802 La Paloma Street**
**Turlock, CA 95382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00** |
|---|---|---|---|

**Harman Kooner**
**802 La Paloma Street**
**Turlock, CA 95382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00** |
|---|---|---|---|

**Harman Kooner**
**802 La Paloma Street**
**Turlock, CA 95382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,050.00** |
|---|---|---|---|

**Henry Hwu**
**1150 Thrush Street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$841,625.00** |
|---|---|---|---|

**Henry RWFO**
**43 Greentree Drive**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525.00 |
|---|---|---|---|

**Heriberto Dominguez**
**6033 Faculty Avenue**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Heriberto Dominguez**
**6033 Faculty Avenue**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,460.00 |
|---|---|---|---|

**Heriberto Dominguez**
**6033 Faculty Avenue**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,150.00 |
|---|---|---|---|

**Hoa Nguyen**
**8638 Dorsey Way**
**Sacramento, CA 95828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,050.00 |
|---|---|---|---|

**Hoil Ho**
**8565 Coral Way**
**Suite 103**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Idranie Baljit**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Ignacio Del toro**
**2330 Vehicle Drive**
**Apt. 85**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,940.00 |
|---|---|---|---|

**Isaac Rodriguez**
**614 Beryl Drive**
**San Antonio, TX 78213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**Ismael Zermeno, Jr.**
**242 E Pearl Street**
**Corona, NY 11368**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Ismael Zermeno, Jr.**
**242 E Pearl Street**
**Corona, NY 11368**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Israel Mendoza**
**27367 Saunders Road**
**Madera, CA 93637**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Jackson Swire**
**540 S Evergreen Avenue**
**Arlington Heights, IL 60005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,810.00 |
|---|---|---|---|

**Jacques Schapira**
**233 Beatrice Drive**
**West Haven, CT 06516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |
|---|---|---|---|

**Jacques Schapira**
**233 Beatrice Drive**
**West Haven, CT 06516**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,730.00** |
|---|---|---|---|

**Jaiel Perez**
**335 Evergreen Avenue**
**Brooklyn, NY 11221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$712.00** |
|---|---|---|---|

**James Starnes**
**1237 Silverbrook Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,342.00** |
|---|---|---|---|

**James Starnes**
**1237 Silverbrook Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$727.00** |
|---|---|---|---|

**James Starnes**
**1237 Silverbrook Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$787.00** |
|---|---|---|---|

**James Starnes**
**1237 Silverbrook Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$762.00** |
|---|---|---|---|

**James Starnes**
**1237 Silverbrook Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$787.00** |
|---|---|---|---|

**James Starnes**
**1237 Silverbrook Road**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$682.00** |
|---|---|---|---|
| | **James Starnes** | ☐ Contingent | |
| | **1237 Silverbrook Road** | ☐ Unliquidated | |
| | **Chester, SC 29706** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,100.00** |
|---|---|---|---|
| | **Jamie Yurcak** | ☐ Contingent | |
| | **33 Garretson Avenue** | ☐ Unliquidated | |
| | **Islip, NY 11751** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>order and discount coupon</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,230.00** |
|---|---|---|---|
| | **Jason Sanchez** | ☐ Contingent | |
| | **3833 W Avenue 42** | ☐ Unliquidated | |
| | **Apt. 217** | ☐ Disputed | |
| | **Los Angeles, CA 90065** | | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>order and discount coupon</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.00** |
|---|---|---|---|
| | **Jazz Linquist** | ☐ Contingent | |
| | **620 N Fayette Street** | ☐ Unliquidated | |
| | **Apt. 125** | ☐ Disputed | |
| | **Alexandria, VA 22314** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|
| | **Jeffrey Garbowsky** | ☐ Contingent | |
| | **2005 Trotwood Court** | ☐ Unliquidated | |
| | **Jeannette, PA 15644** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,350.00** |
|---|---|---|---|
| | **Jerome Warner** | ☐ Contingent | |
| | **2444 W Britt David Rd** | ☐ Unliquidated | |
| | **Apt 215** | ☐ Disputed | |
| | **Columbus, GA 31909** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,490.00** |
|---|---|---|---|
| | **Jerome Warner** | ☐ Contingent | |
| | **2444 W Britt David Rd** | ☐ Unliquidated | |
| | **Apt 215** | ☐ Disputed | |
| | **Columbus, GA 31909** | | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>order and discount coupon</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Schmidty Kicks LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,050.00** |
|---|---|---|---|

**Jerome Warner**
**2444 W Britt David Rd**
**Apt 215**
**Columbus, GA 31909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.00** |
|---|---|---|---|

**Jerry Do**
**12219 Rothmoore Lane**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,880.00** |
|---|---|---|---|

**Jesus Gil-Roque**
**2050 W 48th Street**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,710.00** |
|---|---|---|---|

**Jesus Gil-Roque**
**2050 W 48th Street**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,310.00** |
|---|---|---|---|

**Jesus Gil-Roque**
**2050 W 48th Street**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00** |
|---|---|---|---|

**Jesus Herrera**
**410 E Geneva Street**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**Jesus Herrera**
**410 E Geneva Street**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$725.00** |
|---|---|---|---|

**Jesus Herrera**
**410 E Geneva Street**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,040.00** |
|---|---|---|---|

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,432.00** |
|---|---|---|---|

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00** |
|---|---|---|---|

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,312.00**

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,312.00**

**Jesus Ibarra**
**1015 Swallow Drive**
**Vista, CA 92083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,250.00**

**Jie LI**
**2925 Somerset Place**
**San Marino, CA 91108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,950.00**

**Jimmie Voorhees**
**1801 N Altadena Drive**
**Altadena, CA 91001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00**

**Jimmie Voorhees**
**1801 N Altadena Drive**
**Altadena, CA 91001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,544.00**

**Joan Palo**
**137 Centre Street**
**Quincy, MA 02169**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,050.00**

**Joel Dollaga**
**19108 Kit Fox Pl**
**Castro Valley, CA 94546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**Joel Dollaga**
**19108 Kit Fox Pl**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,190.00 |
|---|---|---|---|

**Joel Dollaga**
**19108 Kit Fox Pl**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,650.00 |
|---|---|---|---|

**Joel Dollaga**
**19108 Kit Fox Pl**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,050.00 |
|---|---|---|---|

**Joel Dollaga**
**19108 Kit Fox Pl**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Joel Katie**
**2855 Cinco Ranch Boulevard**
**Apt. 910**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**Joel Miller**
**7856 Mill Creek Circle**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,050.00 |
|---|---|---|---|

**Joel Miller**
**7856 Mill Creek Circle**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |
|---|---|---|---|

**Joel Olivo**
**3710 Georgetown Drive**
**Sachse, TX 75048**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,372.00 |
|---|---|---|---|

**Joel Olivo**
**3710 Georgetown Drive**
**Sachse, TX 75048**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.00 |
|---|---|---|---|

**Joel Olivo**
**3710 Georgetown Drive**
**Sachse, TX 75048**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,665.00 |
|---|---|---|---|

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,450.00 |
|---|---|---|---|

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|--------|------------------------|--------------------------|--|
| | Name | | |

---

**3.341** | Nonpriority creditor's name and mailing address

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,410.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,160.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address

**Joel Paulino**
**1171 W Farms Rd**
**Bronx, NY 10459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,783.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address

**Joey Hwang**
**13014 Beach Street**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$8,050.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address

**Joey Hwang**
**13014 Beach Street**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$10,930.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address

**Joey Hwang**
**13014 Beach Street**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|--------|------------------------|------------------------|
| | Name | |

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,155.00**

**Joey Hwang**
**13014 Beach Street**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$825.00**

**John Chisolm**
**2810 Morning Glow Drive**
**Apt. 101**
**Cordova, TN 38016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$710.00**

**Jonathan Cruz**
**2652 Rio Pinar Lakes Blvd.**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,550.00**

**Jonathan Cruz**
**2652 Rio Pinar Lakes Blvd.**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,420.00**

**Jonathan Hagger**
**27923 Barberry Banks Ln**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,050.00**

**Jonathan Hagger**
**27923 Barberry Banks Ln**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,050.00**

**Jonathan Myers**
**201 N. 8th Street**
**709**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor** **Schmidty Kicks LLC**

Name

Case number *(if known)*

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,050.00 |
|---|---|---|---|

**Jonathan Myers**
**201 N. 8th Street**
**709**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,050.00 |
|---|---|---|---|

**Jonathan Myers**
**201 N. 8th Street**
**709**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,050.00 |
|---|---|---|---|

**Jonathan Myers**
**201 N. 8th Street**
**709**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,050.00 |
|---|---|---|---|

**Jonathan Myers**
**201 N. 8th Street**
**709**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,675.00 |
|---|---|---|---|

**Jonathan Myers**
**201 N. 8th Street**
**709**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,770.00 |
|---|---|---|---|

**Jordan Trinh**
**25 Parkman Street**
**Apt. 1**
**Dorchester, MA 02122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |
|---|---|---|---|

**Jorge Magana**
**8024 Tom Drive**
**Port Arthur, TX 77642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
| | Name | | |

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,224.00** |
|---|---|---|---|

**Joseph Bonici**
**18 Sandpiper Drive**
**Manalapan, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Joseph DiZillo**
**1204 Windmill Cir**
**Norristown, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.00** |
|---|---|---|---|

**Joseph Kolar**
**2134 Bridlewood Farms Parkway**
**Ridgeville, SC 29472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,050.00** |
|---|---|---|---|

**Joseph Kolar**
**2134 Bridlewood Farms Parkway**
**Ridgeville, SC 29472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
|---|---|---|---|

**Joseph Van**
**17425 SW 31st Ct**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |
|---|---|---|---|

**Joseph Van**
**17425 SW 31st Ct**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,850.00** |
|---|---|---|---|

**Joshua Moore**
**429 Western Ave Cir**
**Brookings, SD 57006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Schmidty Kicks LLC**

Case number (if known) _____

Name

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,050.00 |

**JT Koch**
**2818 N River Road**
**Waterford, WI 53185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,890.00 |

**JT Koch**
**2818 N River Road**
**Waterford, WI 53185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |

**JT Koch**
**2818 N River Road**
**Waterford, WI 53185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**Juan Ruiz**
**4269 NW 89th Avenue**
**Apt. 7**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,550.00 |

**Judy Berg**
**70 McCulloch Drive**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,150.00 |

**Julio Garcia**
**2305 Timber Trail**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 |

**Julio Real**
**2341 Dogwood Court**
**Penbroke, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Justin Berlinrut**
**715 Edmondson Avenue**
**Milwaukee, WI 53222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,612.00** |
|---|---|---|---|

**Justin Hannis**
**10457 Barnwall Street**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.00** |
|---|---|---|---|

**Kannika Somsak**
**5901 Fairdale Lane**
**Unit 1**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,475.00** |
|---|---|---|---|

**Kannika Somsak**
**5901 Fairdale Lane**
**Unit 1**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00** |
|---|---|---|---|

**Kareema Pearson**
**549 White Oak Drive**
**Glen Burnie, MD 21060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Kedar Potdar**
**3229 El Camino Real**
**Apt. 214**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Keenen Quinones**
**20401 SW 118th Avenue**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00** |
|---|---|---|---|

**Keenen Quinones**
**20401 SW 118th Avenue**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,050.00** |
|---|---|---|---|

**Kellen Erpenbach**
**550 Meadow Lane**
**Norwood, MN 55397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.00** |
|---|---|---|---|

**Ken Buechter**
**5366 Hollymead Drive**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,310.00** |
|---|---|---|---|

**Ken Buechter**
**5366 Hollymead Drive**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Ken Buechter**
**5366 Hollymead Drive**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,710.00** |
|---|---|---|---|

**Ken Buechter**
**5366 Hollymead Drive**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Ken Russo**
**3045 Chickweed Pl**
**Ijamsville, MD 21754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.00** |
|---|---|---|---|

**Kevin Chu**
**5496 Santa Barbara Avenue**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,730.00** |
|---|---|---|---|

**Kevin Chu**
**5496 Santa Barbara Avenue**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.00** |
|---|---|---|---|

**Kevin Chu**
**5496 Santa Barbara Avenue**
**Sparks, NV 89436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,300.00** |
|---|---|---|---|

**Kevin Fraser**
**1228 NE Deerbrook Ter.**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,050.00** |
|---|---|---|---|

**Kevin Fraser**
**1228 NE Deerbrook Ter.**
**Burlington, NJ 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.00** |
|---|---|---|---|

**Kevin Fraser**
**1228 NE Deerbrook Ter.**
**Burlington, NJ 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Kevin Garner**
**19003 Brighton Trail ln**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Schmidty Kicks LLC**

Case number (if known) _____

Name

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,450.00** |
|---|---|---|---|

**Kevin Huynh**
**4800 Hawken Street**
**Amarillo, TX 79118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,850.00** |
|---|---|---|---|

**Kevin Jacob**
**24 Nina Ct**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Kevin Jacob**
**24 Nina Ct**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Kevin Jacob**
**24 Nina Ct**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Kevin Maxinez**
**3319 N Osceola ave**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,775.00** |
|---|---|---|---|

**Kevin Maxinez**
**3319 N Osceola ave**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,800.00** |
|---|---|---|---|

**Kevin Maxinez**
**3319 N Osceola ave**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00** |

**Kevin Noel**
**9435 86 Avenue**
**Woodhaven, NY 11421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,050.00** |

**Kevin Pham**
**229 Oak Valley Lane**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00** |

**Kevin Yi**
**7308 Malton Court**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |

**Kevin Yi**
**7308 Malton Court**
**Evans, GA 30809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |

**Kolby Nguyen**
**4401 SW 74th Way**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |

**Kolby Nguyen**
**4401 SW 74th Way**
**Davie, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,050.00** |

**Krystal Noel**
**9435 86 Avenue**
**Woodhaven, NY 11421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62.00** |
|---|---|---|---|

**Kupal Kaw**
**Ogletown Road**
**Newark, DE 19711**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$217.00** |
|---|---|---|---|

**Kyle Prince**
**4381 Montagano Blvd**
**South Euclid, OH 44121**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Lamar Washington**
**1028 Rose Garden Drive**
**Little Elm, TX 75068**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**Larry Hile**
**9315 Lenox Point Drive**
**Charlotte, NC 28273**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
|---|---|---|---|

**Larry Hile**
**9315 Lenox Point Drive**
**Charlotte, NC 28273**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,232.00** |
|---|---|---|---|

**Larry Hile**
**9315 Lenox Point Drive**
**Charlotte, NC 28273**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Laura Granado**
**650 Dennery Road, Suite 102**
**#530723**
**San Diego, CA 92153**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.00 |
|---|---|---|---|

**Leonard Stanley**
**2122 Candis Ave**
**Santa Ana, CA 92706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Leonard Stanley**
**2122 Candis Ave**
**Santa Ana, CA 92706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,280.00 |
|---|---|---|---|

**Leonard Stanley**
**2122 Candis Ave**
**Santa Ana, CA 92706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,950.00 |
|---|---|---|---|

**Leonard Stanley**
**2122 Candis Ave**
**Santa Ana, CA 92706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,380.00 |
|---|---|---|---|

**Leonard Stanley**
**2122 Candis Ave**
**Santa Ana, CA 92706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,982.00 |
|---|---|---|---|

**Leonel Ulloa**
**10420 37th Road**
**Corona, NY 11368**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,244.00 |
|---|---|---|---|

**Leonel Ulloa**
**10420 37th Road**
**Corona, NY 11368**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Schmidty Kicks LLC**

Name

Case number (if known) _____

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,064.00** |
|---|---|---|---|

**Leonel Ulloa**
**10420 37th Road**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,936.00** |
|---|---|---|---|

**Leonel Ulloa**
**10420 37th Road**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,410.00** |
|---|---|---|---|

**Lindquist Jazz**
**620 N. Fayette Street, Apt. 125**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|

**Logan Chmielewski**
**15201 Cox Ave NW**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,730.00** |
|---|---|---|---|

**Loranzo Collins**
**3252 Retriever Road**
**Columbus, OH 43232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00** |
|---|---|---|---|

**Majd Farraj**
**737 40th Street**
**Apt. 3**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Marcus Lopez**
**2953 Naples Street**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | |
|---|---|---|---|
| | Name | | |

Case number *(if known)* _____

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,960.00** |
|---|---|---|---|

**Margie Burton**
**1165 Ross Road**
**Blackstock, SC 29014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,805.00** |
|---|---|---|---|

**Mark Byrd**
**4438 N 15th Street**
**Philadelphia, PA 19140**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Mark Purificati**
**50-19 104th St**
**Corona, NY 11368**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,730.00** |
|---|---|---|---|

**Mark Tirado**
**601 NE 36 Street**
**2008**
**Miami, FL 33137**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Mark Tirado**
**601 NE 36 Street**
**2008**
**Miami, FL 33137**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.00** |
|---|---|---|---|

**Martha Banta**
**395 Riverside Drive**
**Apt. 3F**
**New York, NY 10025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$915.00** |
|---|---|---|---|

**Martin Coverdale**
**39 N Woodside Drive**
**Milford, DE 19963**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **Schmidty Kicks LLC**

Name

Case number (if known) _____

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.00 |
|---|---|---|---|

**Martin Coverdale**
**39 N Woodside Drive**
**Milford, DE 19963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,640.00 |
|---|---|---|---|

**Matthew Jacobs**
**5515 Charles Street**
**Racine, WI 53402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,390.00 |
|---|---|---|---|

**Matthew Jacobs**
**5515 Charles Street**
**Racine, WI 53402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,050.00 |
|---|---|---|---|

**Matthew Jacobs**
**5515 Charles Street**
**Racine, WI 53402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.00 |
|---|---|---|---|

**Matthew Jones**
**867 Vintage Avenue**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,940.00 |
|---|---|---|---|

**Mercell Venzon**
**29249 Albion Court**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,060.00 |
|---|---|---|---|

**Merell Venzon**
**29249 Albion Court**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

**Michael Benavides**
**6 Lakecrest Cir**
**Greenbelt, MD 20770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,612.00**

**Michael Cappetta**
**8848 Majestic Prince Ct**
**Las Vegas, NV 89178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

**Michael DeMayo**
**26 School Street**
**Berlin, CT 06037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00**

**Michael Lenchak**
**227 Hillside Avenue**
**Dupont, PA 18641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$424.00**

**Michael Lopez**
**2953 Naples Street**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00**

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,750.00**

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Schmidty Kicks LLC**
_____
Name

Case number *(if known)*    _____

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,350.00** |
|---|---|---|---|

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,700.00** |
|---|---|---|---|

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,300.00** |
|---|---|---|---|

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,750.00** |
|---|---|---|---|

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,750.00** |
|---|---|---|---|

**Michael Marroquin**
**3406 W Perez Avenue**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Michael Vargas**
**108-28 50th Avenue**
**Apt. 2**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,362.00** |
|---|---|---|---|

**Michael Vargas**
**108-28 50th Avenue**
**Apt. 2**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

**Michael Vargas**
**108-28 50th Avenue**
**Apt. 2**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**Michael Vargas**
**108-28 50th Avenue**
**Apt. 2**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,512.00**

**Michael Vargas**
**108-28 50th Avenue**
**Apt. 2**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  order and discount coupon 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,650.00**

**Michael Wiley**
**2063 Orangelake Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00**

**Michael Wiley**
**2063 Orangelake Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,730.00**

**Miguel Jusino**
**46b Bassi Lane**
**Providence, RI 02909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00**

**Myung Sul**
**3212 Retama Run**
**New Hill, NC 27562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,660.00**

**Nael Farraj**
**737 40th Street**
**Apt. 3**
**Brunswick, GA 31525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00**

**Nael Farraj**
**737 40th Street**
**Apt. 3**
**Brunswick, GA 31525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00**

**Nathan Changpertitum**
**1027 Father Capodanno Boulevard**
**Staten Island, NY 10306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,880.00**

**Nathan Changpertitum**
**10050 Lazy Meadows Drive**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,050.00**

**Nathan Imler**
**2351 Oakwood Hills Drive**
**Apt. 307**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,611.00**

**Nathan Imler**
**2351 Oakwood Hills Drive**
**Apt. 307**
**Mechanicsburg, PA 17055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,450.00**

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Schmidty Kicks LLC**

Case number (if known) _____

Name

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,340.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,690.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Schmidty Kicks LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,430.00 |
| --- | --- | --- | --- |

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,575.00 |
| --- | --- | --- | --- |

**Nathan Tessar**
**W246S6365 Clearview Lane**
**Waukesha, WI 53189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,460.00 |
| --- | --- | --- | --- |

**Nghia Nguyen**
**3195 Dowlen Road**
**Suite 101-118**
**Beaumont, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $715.00 |
| --- | --- | --- | --- |

**Nghia Nguyen**
**3195 Dowlen Road**
**Suite 101-118**
**Beaumont, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
| --- | --- | --- | --- |

**Nicholas Barron**
**106 Sheaffer Road**
**Centerville, MA 02632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,730.00 |
| --- | --- | --- | --- |

**Nicholas Castiblanco**
**25916 Largo Ct**
**Damascus, MD 20872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,212.00 |
| --- | --- | --- | --- |

**Nicholas Kovacs**
**2810 S Alder Street**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
| | Name | | |

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,512.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,050.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|--------|------------------------|-------------------------|---|
| | Name | | |

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00**

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,430.00**

**Nicholas Yurcak**
**111 12th Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00**

**Nicole Ramos**
**63 Ridgecrest Drive**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,724.00**

**Nikhil Limaye**
**5713 S. Park Pl. W**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,400.00**

**Nikhil Limaye**
**5713 S. Park Pl. W**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,150.00**

**Nikhil Limaye**
**5713 S. Park Pl. W**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,430.00**

**Nino Rei Garcia**
**40 Joan Pl**
**Clifton, NJ 07012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | |
|---|---|---|---|
| | Name | Case number (*if known*) | |

| | | | |
|---|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
| | **Nino Rei Garcia** | ☐ Contingent | |
| | **40 Joan Pl** | ☐ Unliquidated | |
| | **Clifton, NJ 07012** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,990.00** |
| | **Nnadozie Emekobum** | ☐ Contingent | |
| | **1415 East 52nd Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11234** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _order and discount coupon_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,470.00** |
| | **Noe Garcia** | ☐ Contingent | |
| | **16331 Davinci Drive** | ☐ Unliquidated | |
| | **Chino Hills, CA 91709** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.00** |
| | **Noe Garcia** | ☐ Contingent | |
| | **16331 Davinci Drive** | ☐ Unliquidated | |
| | **Chino Hills, CA 91709** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,400.00** |
| | **Nolan Bilder** | ☐ Contingent | |
| | **256 Shinnecock Drive** | ☐ Unliquidated | |
| | **Manalapan, NJ 07726** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
| | **Nureen Alamutu** | ☐ Contingent | |
| | **765 Post Avenue** | ☐ Unliquidated | |
| | **Staten Island, NY 10310** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
| | **Omar Cervantes** | ☐ Contingent | |
| | **4851 South Winchester** | ☐ Unliquidated | |
| | **Chicago, IL 60609** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _order and discount coupon_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$434.00** |
|---|---|---|---|

**Oren Mor**
**690 Ramapo Road**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,665.00** |
|---|---|---|---|

**Patrick Stryker**
**Alex Stryker**
**1862**
**Nitas Place**
**Wantagh, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00** |
|---|---|---|---|

**Paul Matarazzo**
**234 Hang Dog Lane**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$915.00** |
|---|---|---|---|

**Paul Matarazzo**
**234 Hang Dog Lane**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,595.00** |
|---|---|---|---|

**Paul Matarazzo**
**234 Hang Dog Lane**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Paul Matarazzo**
**234 Hang Dog Lane**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Paul Matarazzo**
**234 Hang Dog Lane**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.516** | Nonpriority creditor's name and mailing address

**Paul Matarazzo**
**234 Hang Dog Lane**
**Wethersfield, CT 06109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address

**PayPal, Inc., c/o**
**Clifford S. Davidson, Esquire**
**Snell & Wilmer LLP**
**1445 SW Broadway, Suite 1750**
**Portland, OR 97201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address

**Peter Beach**
**31819 N. Marshall Drive**
**Queen Creek, AZ 85142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,380.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address

**Phillip Tran**
**10259 Crabapple Lane**
**Zeeland, MI 49464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,950.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address

**Phillip Tran**
**10259 Crabapple Lane**
**Zeeland, MI 49464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,790.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address

**Ramel Gonzalez**
**188 Ludlow St**
**9B**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$771.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address

**Ramel Gonzalez**
**188 Ludlow St**
**9B**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,462.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.523** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00**

**Ramon Nunez**
**2519 Workman St**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Ramon Nunez**
**2519 Workman St**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00**

**Ramon Nunez**
**2519 Workman Street**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00**

**Ramon Nunez**
**2519 Workman St**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00**

**Ramon Nunez**
**2519 Workman St**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,368.00**

**Ramon Nunez**
**2519 Workman St**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00**

**Ramon Nunez**
**2519 Workman St**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __order and discount coupon__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

Ramon Nunez
2519 Workman St
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,900.00**

Ramon Nunez
2519 Workman St
Los Angeles, CA 90031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

Randy Madrid
3744 Whirlaway Lane
Chino Hills, CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,970.00**

Rayan Farhatullah
1520 NW 159th Avenue
Pembroke Pines, FL 33028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _order and discount coupon_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$725.00**

Robenald Galang
205 S. Vine Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,320.00**

Robenald Galang
205 S. Vine Street
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _order and discount coupon_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,770.00**

Robert Gonzalez
278 Alta Loma Ave
Daly City, CA 94015-2117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Robert Gonzalez**
**278 Alta Loma Ave**
**Daly City, CA 94015-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**Robert Gonzalez**
**278 Alta Loma Ave**
**Daly City, CA 94015-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,450.00** |
|---|---|---|---|

**Robert Gonzalez**
**278 Alta Loma Ave**
**Daly City, CA 94015-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |
|---|---|---|---|

**Robert Gonzalez**
**278 Alta Loma Ave**
**Daly City, CA 94015-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Robert Gonzalez**
**278 Alta Loma Ave**
**Daly City, CA 94015-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Robert Irvine**
**79 Cedar Grove Road**
**Little Falls, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,622.00** |
|---|---|---|---|

**Robert Martin**
**776 Lohman Avenue**
**Greencastle, PA 17225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _order and discount coupon_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**Robert Rose**
**22 Basket Drive**
**Jenkins, KY 41537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Roberto Evertz**
**30 Bridge Street**
**Bergenfield, NJ 07621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Roberto Evertz**
**30 Bridge Street**
**Bergenfield, NJ 07621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Roderick Harrison**
**1830 Bayo Claros Circle**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,325.00 |
|---|---|---|---|

**Roger Chang**
**89 Red Oak Way**
**Brunswick, GA 31525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.00 |
|---|---|---|---|

**Roger Chang**
**89 Red Oak Way**
**Brunswick, GA 31525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,270.00 |
|---|---|---|---|

**Roger Chang**
**89 Red Oak Way**
**Brunswick, GA 31525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00** |
|---|---|---|---|

**Roldolfo Noble**
**184 Nagle Avenue**
**3A**
**New York, NY 10034**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00** |
|---|---|---|---|

**Roldolfo Noble**
**184 Nagle Avenue**
**3A**
**New York, NY 10034**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**Roldolfo Noble**
**184 Nagle Avenue**
**3A**
**New York, NY 10034**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Ruben Abdurakhmanov**
**105-25 65th Avenue**
**Apt. 4A**
**Forest Hills, NY 11375**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,130.00** |
|---|---|---|---|

**Ryan Castaneda**
**30223 Willowbrook Road**
**Hayward, CA 94544**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** |
|---|---|---|---|

**Ryan Castaneda**
**30223 Willowbrook Road**
**Hayward, CA 94544**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,360.00** |
|---|---|---|---|

**Ryan Castaneda**
**30223 Willowbrook Road**
**Hayward, CA 94544**

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ order and discount coupon _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,990.00** |
|---|---|---|---|

**Ryan Castaneda**
**30223 Willowbrook Road**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,002.00** |
|---|---|---|---|

**Ryan Stormes**
**149 W Questa Trl**
**Tracy, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,085.00** |
|---|---|---|---|

**Ryan Stormes**
**149 W Questa Trl**
**Tracy, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,410.00** |
|---|---|---|---|

**Ryan Stormes**
**149 W Questa Trl**
**Tracy, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Ryan Stormes**
**149 W Questa Trl**
**Tracy, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**Ryan Wilson**
**540 NW 7th Street**
**Apt 45**
**Miami, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,150.00** |
|---|---|---|---|

**Sahil Kamthewala**
**32 Ellingwood Avenue**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  order and discount coupon

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.565** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,790.00**

**Sahil Kamthewala**
**32 Ellingwood Avenue**
**Billerica, MA 01821**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __order and discount coupon__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Saif Kermalli**
**1161 Island Shore Lane**
**Apt 4-207**
**Lake Mary, FL 32746**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$937.00**

**Salah Suwaileh**
**2130 West Rock Creek Court**
**Merced, CA 95348**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,487.00**

**Salah Suwaileh**
**2130 West Rock Creek Court**
**Merced, CA 95348**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687.00**

**Salah Suwaileh**
**2130 West Rock Creek Court**
**Merced, CA 95348**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00**

**Sam Arend**
**117 N 3rd Street**
**Emery, SD 57332**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00**

**Sam Arend**
**117 N 3rd Street**
**Manalapan, NJ 07726**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

---

**3.572** | **Nonpriority creditor's name and mailing address**
**Samantha Garrett**
**2090 Barnes Avenue**
**Apt 5E**
**Bronx, NY 10462**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.573** | **Nonpriority creditor's name and mailing address**
**Sarou Rim**
**29 Calvin Road**
**North Attleboro, MA 02760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,525.00**

---

**3.574** | **Nonpriority creditor's name and mailing address**
**Sasan Naghavian**
**10927 Gerana Street**
**Apt. A**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,050.00**

---

**3.575** | **Nonpriority creditor's name and mailing address**
**Schmidty Kicks Fund**
**2524 Powell Avenue**
**Pennsauken, NJ 08110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,738,600.00**

---

**3.576** | **Nonpriority creditor's name and mailing address**
**Sean Wells**
**7 Windrose Way**
**Watervliet, NY 12189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.577** | **Nonpriority creditor's name and mailing address**
**Sean Wells**
**7 Windrose Way**
**Watervliet, NY 12189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,018.00**

---

**3.578** | **Nonpriority creditor's name and mailing address**
**Sean Wells**
**7 Windrose Way**
**Watervliet, NY 12189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$14,050.00**

---

| Debtor | **Schmidty Kicks LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.579** | **Nonpriority creditor's name and mailing address**
**Sean Wells**
**7 Windrose Way**
**Watervliet, NY 12189**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,650.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address**
**Sean Wells**
**7 Windrose Way**
**Watervliet, NY 12189**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,400.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address**
**Seth Schricker**
**11813 Ridgemount Avenue W**
**Minnetonka, MN 55305**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$11,210.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address**
**Shopify (USA), Inc., c/o**
**Corporation Service Company**
**1127 Broadway Street NE**
**Suite 310**
**Salem, OR 97301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address**
**Simon Powers**
**2620 N Pocomoke Street**
**Arlington, VA 22207**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,392.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address**
**Sneaker Venture**
**25 Lovell Road**
**New Rochelle, NY 10804**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$4,928,103.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address**
**Sonia Jones**
**867 Vintage Avenue**
**Fairfield, CA 94534**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $712.00 |
|---|---|---|---|

**Stanley Owusu**
**436 Rosetta Place**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,055.00 |
|---|---|---|---|

**Steve Clampitt**
**158 Sunset Avenue**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,828.00 |
|---|---|---|---|

**Steve Clampitt**
**158 Sunset Avenue**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.00 |
|---|---|---|---|

**Steve Clampitt**
**158 Sunset Avenue**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Steve Peer**
**43 Greentree Drive**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Steven Clampitt**
**158 Sunset Avenue**
**Farmington, NY 11753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187,195.00 |
|---|---|---|---|

**Steven Schwarz**
**10 Grand Street, Floor 13**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483,280.00** |
|---|---|---|---|

**Steven Schwarzbaum**
**133 Dorchester Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,930,014.33** |
|---|---|---|---|

**Stripe**
**354 Oyster Point Blvd.**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00** |
|---|---|---|---|

**Suraj Patel**
**12 Judith Lane**
**Apt. 12**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,050.00** |
|---|---|---|---|

**Suraj Patel**
**12 Judith Lane**
**Apt. 12**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|

**Tareq Allan**
**6439 Cormorant Cir**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
|---|---|---|---|

**Tareq Allan**
**6439 Cormorant Cir**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,900.00** |
|---|---|---|---|

**Terry K. Hwu**
**32595 Lake Bridgeport Street**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _order and discount coupon_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Thomas Benane**
**3010 S Whipple Road**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$735.00** |
|---|---|---|---|

**Thomas Benane**
**3010 S Whipple Road**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
|---|---|---|---|

**Thomas Benane**
**3010 S Whipple Road**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Thomas Weeks**
**1 Whitehorn Drive**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Thomas Weeks**
**1 Whitehorn Drive**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,865.00** |
|---|---|---|---|

**Tiana Porta**
**8 Cynthia Court**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,655.00** |
|---|---|---|---|

**Tiana Porta**
**8 Cynthia Court**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,677.00** |
|---|---|---|---|

**Tiana Porta**
**8 Cynthia Court**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,894.00** |
|---|---|---|---|

**Timothy Wolf**
**2014 Meadow Street**
**Cologne, MN 55322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Timothy Wolf**
**2014 Meadow Street**
**Cologne, MN 55322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Tommy Huynh**
**1541 78th Street**
**Brooklyn, NY 11228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$697.00** |
|---|---|---|---|

**Tommy Huynh**
**1541 78th Street**
**Brooklyn, NY 11228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  order and discount coupon

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
|---|---|---|---|

**Torrale Phillips**
**4523 Willowbrook Blvd.**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,450.00** |
|---|---|---|---|

**Torrale Phillips**
**4523 Willowbrook Blvd.**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**Torrale Phillips**
**4523 Willowbrook Blvd.**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|

**Torrale Phillips**
**4523 Willowbrook Blvd.**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,050.00 |
|---|---|---|---|

**Torrale Phillips**
**4523 Willowbrook Blvd.**
**Houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Trace Wills**
**559 SW 159 Ter**
**Pembroke Pines, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Tracy DiCicco**
**317 Randle Court**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**Travon McCall**
**15229 Shirley Street**
**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.00 |
|---|---|---|---|

**Tri Nguyen**
**4405 Monpellier Drive**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00**

**Tri Nguyen**
**4405 Monpellier Drive**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.622** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.00**

**Trinidad Lopez**
**2229 W Wellington Ave**
**Chicago, IL 60618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,050.00**

**Tyler Schaefer**
**14028 63rd Avenue Ct E**
**Puyallup, WA 98373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.00**

**Tyler Schaefer**
**14028 63rd Avenue Ct E**
**Puyallup, WA 98373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,770.00**

**Tyler Schaefer**
**14028 63rd Avenue Ct E**
**Puyallup, WA 98373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

**Tyrone Collins**
**1514 Stetson Drive**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.627** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00**

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
| | Name | | |

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00** |

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,705.00** |

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,680.00** |

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,550.00** |

**Ushawn Edwards**
**2727 N 82nd Street**
**Sherman Oaks, CA 91403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,775.00** |

**Vicente Munoz**
**4826 E Los Coyotes Diag**
**Apt 2**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Vicente Munoz**
**3319 N Osceola Ave**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00** |
|---|---|---|---|

**Victor Ramirez**
**4901 S. Kilpatrick Avenue**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **order and discount coupon**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,610.00** |
|---|---|---|---|

**Victor Ramirez**
**4901 S. Kilpatrick Avenue**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.00** |
|---|---|---|---|

**Victor Sims**
**3103 Conway Circle**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00** |
|---|---|---|---|

**William L. Sayles III**
**11804 Nicholas Drive**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$212.00** |
|---|---|---|---|

**William L. Sayles III**
**11804 Nicholas Drive**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,462.00** |
|---|---|---|---|

**William L. Sayles III**
**11804 Nicholas Drive**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.00** |
|---|---|---|---|

**William L. Sayles III**
**11804 Nicholas Drive**
**Fredericksburg, VA 22407**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**William L. Sayles III**
**11804 Nicholas Drive**
**Fredericksburg, VA 22407**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,050.00** |
|---|---|---|---|

**William Silva**
**5540 Whitewater Street**
**Yorba Linda, CA 92887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **order and discount coupon**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|

**William Silva**
**5540 Whitewater Street**
**Yorba Linda, CA 92887**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,490.00** |
|---|---|---|---|

**Wilmer Novas**
**6866 Clark Avenue**
**Pennsauken, NJ 08110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$915.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,744.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,724.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,550.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,460.00** |
|---|---|---|---|

**Wrinardo McKennedy**
**2011 Belvedere Cv**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,435.00** |
|---|---|---|---|

**Yi Zhao**
**2695 Pheasant Hunt Road**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,800.00** |
|---|---|---|---|

**Younghoon Jeon**
**520 W Parkwood Avenue**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  order and discount coupon

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.656** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

Yousef Ismail
2242 N Mango
Chicago, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,050.00**

Zachery Meadows
3703 Butcher Bend Road
Mineral Wells, WV 26150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Zadeh Kicks LLC, c/o
David P. Stapleton, Receiver
Stapleton Group
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,550.00**

Ziang Xu
104 Sideways
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,130.00**

Ziang Xu
104 Sideways
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,150.00**

Ziang Xu
104 Sideways
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Daniel P. Larson, Esquire**<br>**Buchwalter PC**<br>**805 SW Broadway, Suite 1500**<br>**Portland, OR 97205-3325** | Line **3.658**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Darrly S. Laddin, Esquire**<br>**Arnall Golden Gregory LLP**<br>**171 17th St. NW, Suite 2100**<br>**Atlanta, GA 30363** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Elizabeth Sacksteder, Esquire**<br>**Paul, Weiss, et al.**<br>**1285 Avenue of the Americas**<br>**New York, NY 10019-6064** | Line **3.517**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Frank N. White, Esquire**<br>**Arnall Golden Gregory LLP**<br>**171 17th St. NW, Suite 2100**<br>**Atlanta, GA 30363** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Garrett S. Ledgerwood, Esquire**<br>**Miller Nash LLP**<br>**111  SW 5th Avenue, Suite 3400**<br>**Portland, OR 97204** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jessica Hertz, Esquire, General Counsel**<br>**Shopify (USA), Inc.** | Line **3.582**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Joseph M. Mabe, Esquire**<br>**Slinde Nelson**<br>**425 NW 10th Avenue, Suite 200**<br>**Portland, OR 97209** | Line **3.658**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Katie R. Jacobs, Esquire**<br>**Dentons, Cohen & Grigsby, P.C.**<br>**625 Liberty Avenue, 5th Floor**<br>**Pittsburgh, PA 15222-3152** | Line **3.517**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Keith A. Pitt, Esquire**<br>**Slinde Nelson**<br>**425 NW 10th Avenue, Suite 200**<br>**Portland, OR 97209** | Line **3.658**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Kelly A. Cornish, Esquire**<br>**Paul, Weiss, et al.**<br>**1285 Avenue of the Americas**<br>**New York, NY 10019-6064** | Line **3.517**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Morgan J. Hanson, Esquire**<br>**Dentons, Cohen & Grigsby, P.C.**<br>**625 Liberty Avenue, 5th Floor**<br>**Pittsburgh, PA 15222-3152** | Line **3.517**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Oren Bitan, Esquire**<br>**Buchwalter PC**<br>**805 SW Broadway, Suite 1500**<br>**Portland, OR 97205-3325** | Line **3.658**<br><br>☐ Not listed. Explain ____ | _ |

1/17/23  7:04PM

| Debtor | **Schmidty Kicks LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Raminta Rudys,  Esquire**<br>**Snell & Wilmer LLP**<br>**1445 SW Broadway, Suite 1750**<br>**Portland, OR 97201** | Line **3.517**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Rebecca J. Ok, Esquire**<br>**Slinde Nelson**<br>**425 NW 10th Avenue, Suite 200**<br>**Portland, OR 97209** | Line **3.658**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Shopify Inc., c/o**<br>**Corporation Service Company**<br>**251 Litle Falls Drive**<br>**Wilmington, DE 19808-1674** | Line **3.582**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Zadeh Kicks LLC**<br>**710 Commercial Street, Suite 3**<br>**Eugene, OR 97402** | Line **3.658**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 18,473,066.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 18,473,066.33 |

**Fill in this information to identify the case:**

Debtor name    **Schmidty Kicks LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Schmidty Kicks LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Schmidty Kicks LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

**1. Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | Sources of revenue<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$267,059.65** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$12,871,495.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$9,658,162.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Schmidty Kicks LLC**                                    Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **Schmidty Kicks LLC**                                    Case number *(if known)*

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Inventory (sneakers) ordered from Zadeh Kicks LLC and paid for but never delivered.**<br>**Zadeh Kicks LLC in receivership - Zadeh Kicks LLC, d/b/a Zadeh Kicks, In the Circuit Court of the Stte of Oregon for the County of Lane, Case No.  22CV16510, David P. Stapleton, Receiver.** | | | **$0.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | 06/06/2022 - $25,759.13 (retainer);<br>07/06/2022 - $12,941.25 (retainer);<br>08/08/2022 - $ 5,868.98  (retainer);<br>09/07/2022 - $  5,430.64 (retainer);<br>11/22/2022 - $52,066.89;<br>12/15/2022 - $  9,500.00 (retainer);<br>01/06/2023 - $19,856.95; and<br>01/06/2023 - $15,597.50 | | |
| | **Lex Nova Law LLC**<br>**10 E. Stow Road, Suite 250**<br>**Marlton, NJ 08053** | **Representation of Debtor with respect to financial issues with, including but not limited to, American Express, PayPal and Stripe and receivership for Zadeh Kicks LLC** | | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Debtor and principal, Brett Schmidt** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* |
|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Schmidty Kicks LLC**

Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Schmidty Kicks LLC** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **John R. Culbertson, CPA**<br>**Bowman & Company LLP**<br>**601 White Horse Pike**<br>**Voorhees, NJ 08043-2493** | **all** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Brett Schmidt**<br>**2524 Powell Avenue**<br>**Pennsauken, NJ 08110** | **Books/records on B. Schmidt personal computer.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brett Schmidt** | | **President and owner** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Schmidty Kicks LLC**

Case number *(if known)*

---

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2023**

**/s/ Brett Schmidt**                                      **Brett Schmidt**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Schmidty Kicks LLC**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,662.00** |
| Prior to the filing of this statement I have received | $ | **8,662.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor   ☑ Other (specify):   **Debtor - Debtor borrowed funds**

3.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**January 17, 2023**

*Date*

**/s/ E. Richard Dressel**

**E. Richard Dressel**
*Signature of Attorney*
**Lex Nova Law, LLC**
**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
**856.382.8211  Fax: 856.406.7398**
**rdressel@lexnovalaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re    **Schmidty Kicks LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 17, 2023**

**/s/ Brett Schmidt**

**Brett Schmidt**/**President**
Signer/Title

Adam Koper
2802 6th Avenue
South Milwaukee, WI 53172

Alejandro Ambriz
1308 West Washington Street
South Bend, IN 46601

Alex McNeice
113 west 15th Street
New York, NY 10011

Alex Tsatourian
1865 Idlewood Road
Glendale, CA 91202

Alexander Knight
9110 Tumbleweed Run #H
Laurel, MD 20723

Alfred Gavina
224 Urma Ave
Clifton, NJ 07013

Allan Wood
15 F B Merrick Circle
Randolph, MA 02368

Alvin Gavina
224 Urma Ave
Clifton, NJ 07013

American Express, c/o
Shawn T. Hynes, Esquire
V.P. & Senior Litigation Counsel
200 Vesey Street, 49th Floor
New York, NY 10285

Andre Tablit
94-544 Hiahia Loop
Waipahu, HI 96797

Andres Martinez
4137 NW 78th Avenue
Sunrise, FL 33351

Andrew Frendo
38327 South Rickham
Brighton, MI 48116

Andrew Lam
10050 Lazy Meadows Drive
Houston, TX 77064

Andy Shih
963 Lawrence Lane
Palo Alto, CA 94303

Anfernee Do
12219 Rothmoore ln
Houston, TX 77066

Anthony Chen
381 Stonegate Ct
Allentown, PA 18106

Anthony Wessels
35455 Marabella Ct.
Winchester, CA 92596

Ari Semerciyan
539 Ridgeland Terrace
Leonia, NJ 07605

Arianna Jamison
7326 Kelley Loop
Unit B
Fort George G Meade, MD 20755

Armon Bhandal
11 Bell Lane
Burlington, NJ 08016

Ashlon Albert
1521 Callaking Place
Houston, TX 77008

Austin Howsare
4445 NW 166th St
Clive, IA 50325

Austin Zaumseil
1215 N Dryden Avenue
Arlington Heights, IL 60004


Avs Kicks Inc
75-39 187th Street
Fresh Meadows, NY 11366


Balit Rajendranazth
2039 Bathgate Avenue
Bronx, NY 10457


Barry Pollack, Esquire
PSD
43 West 43rd Street, Suite 174
New York, NY 10036


Benjamin  Swancutt
92165 Applegate Trail
Junction City, OR 97448


Billal Hammoud
3235 Bending Brook
Flushing, MI 48433


Billy Erazo
Urb Monte Bello
C34
Hormigueros


Boris Melikhov
2111 East Avenue, Apt. M
Rochester, NY 14610


Brad Westerhold
8515 Bowsong Lane
Powell, TN 37849


Branden Canete
1370 Sheridan Lane
Beaumont, TX 77706


Branden Fox
125 W Attica Street
Rossville, IL 60963

Brandon Braveboy
1201 Trapani Cove
Chula Vista, CA 91915


Brandon Lara
3524 Miramar Drive
Las Vegas, NV 89108


Brandon Wirchanske
15237 Magnolia Blvd.
Unit B
Sherman Oaks, CA 91403


Brandon Wong
8871 SE Emily Park Way
Happy Valley, OR 97086


Brett Schmidt
2524 Powell Avenue
Pennsauken, NJ 08110


Brian Alvarez
4516 South Kilpatrick Avenue
Chicago, IL 60632


Brian Chu
262-43 60th Avenue
Little Neck, NY 11362


Brian Jamison
7326 Kelley Loop
Unit B
Fort George G Meade, MD 20755


Brian Le
2262 Piedmont Road
Apt. D
San Jose, CA 95132


Brooks Chodnicki
3775 Turtle Run Blvd
Apt. 1431
Pompano Beach, FL 33067

Bryan Jenkins
139-46 253rd Street
Rosedale, NY 11422


Calvin Scott
6600 Suitland Road
Morningside, MD 20746


Carlo Espiel
12126 Brittania Circle
Germantown, MD 20874


Carlos Aguillon-Menefee
6322 Deer Ridge Trail Court
Springfield, VA 22150


Carlos Varela
609 S 25 1/2 St
Hidalgo, TX 78557


Carly Galvez
67 Goldie St
Revere, MA 02151


Carter Rae
472 Amherst Street
Unit 7185648
Nashua, NH 03063


Cecelia McDuffie
2727 W 116th St
Hawthorne, CA 90250


Cesar Olaya
6025 Basingstoke Court
Centreville, VA 20120


Chance Bolmer
1080 Blaze Drive
Mount Ulla, NC 28125


Charles Russell
2060 NW 3rd Avenue
Gainesville, FL 32603

Charles Schmidt
Katie Schmidt
305 Randle Court
Cherry Hill, NJ 08034


Charles Schmidt, III
2524 Powell Avenue
Pennsauken, NJ 08110


Chase Yokoyama
1631 Ala Makani Place
Bronx, NY 10459


Chirag Patel
1804 Pine Meadow Creek
Houston, TX 77089


Chris Caron
1241 Wells Mills Road
Waretown, NJ 08758


Chris Markham
8418 Reedland Road
Roanoke, VA 24019


Chrishone Peterson
30 Grant Street
Hempstead, NY 11550


Christopher Black
6201 SW 9th Place
Pompano Beach, FL 33068


Christopher Carmichael
2026 Barrett Knoll Circle NW
Kennesaw, GA 30152


Christopher Poznick
20 Wickom Avenue
Hamilton, NJ 08690


Christopher Yoshida
5220 Keikilani Circle
Honolulu, HI 96821

Chuan Gao
1220 Cypress Drive
Vineland, NJ 08360


Clay Martin
2441 Cannon Farm Lane
Duluth, GA 30097


Craig McClendon
1384 Sierra Drive
Virginia Beach, VA 23453


Damon Rottermond
102 East Main Street
Brighton, MI 48116


Dan Hill
3618 Exeter Way
Durham, NC 27707


Daniel P. Larson, Esquire
Buchwalter PC
805 SW Broadway, Suite 1500
Portland, OR 97205-3325


Daniel Reyes
36509 Nasa Terrace
Fremont, CA 94536


Daniel Silva
9166 NW 111th Ter
Hialeah Gardens, FL 33018


Daniel Wagner
3910 Bowfin Trail
Kissimmee, FL 34746


Danny Barragan
1578 Cloverdale Avenue
Highland Park, IL 60035


Darius Hampton
1451 Northwest 38th Street
203
Kansas City, MO 64116

Darrly S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th St. NW, Suite 2100
Atlanta, GA 30363


Dempsey Dulaney
1263 W 250 S
Spanish Fork, UT 84660


Dennis Vong
1922 Silverwood Circle
Corona, CA 92881


Desmond Warner
3336 Baychester Ave
Apt 2
Bronx, NY 10475


Dominic Hoang
4609 Saint Nazaire Rd
Pensacola, FL 32505


Eder Olivas
325 Pheasant Hill Drive
North Aurora, IL 60542


Eduardo Pacheco
1327 Butternut Drive
Hanford, CA 93230


Eli Minsk
7745 Dunvegan Close
Atlanta, GA 30350


Elizabeth Sacksteder, Esquire
Paul, Weiss, et al.
1285 Avenue of the Americas
New York, NY 10019-6064


Elizabeth Salazar
2050 W 48th Street
San Bernardino, CA 92407

Elvis Gomez
3721 104st
Corona, NY 11368

Enrique Rodriguez
413 E 18th Street
Apt. 3
Weslaco, TX 78596

Eriberto Peguero
9280 Nassau Drive
Cutler Bay, FL 33189

Eric Azcona
136 Farrell St
Somerset, NJ 08873

Eric Brown
119-34 238th Street
Cambria Heights, NY 11411

Eric Chan
619 Larkspur Drive
Healdsburg, CA 95448

Erin Banks
464 Riverside Avenue
Colton, CA 92324

Fernando Barragan
5221 53rd Avenue
Sacramento, CA 95823

Fernando Londono
300 Mayflower Avenue
New Rochelle, NY 10801

Fernando Torres
13-06 34th Avenue
Apt. 5D
Astoria, NY 11106

Francesco Troccoli
2844 Sangro Court
Henderson, NV 89044

Francisco Gomez
4114 W. Simmons Avenue
Orange, CA 92868

Frank N. White, Esquire
Arnall Golden Gregory LLP
171 17th St. NW, Suite 2100
Atlanta, GA 30363

Gabriel D. Angeles
3 Fern Avenue
Dumont, NJ 07628

Garrett S. Ledgerwood, Esquire
Miller Nash LLP
111  SW 5th Avenue, Suite 3400
Portland, OR 97204

Garvey Gregory
25 Hughes Street
Maplewood, NJ 07040

Gary Hwu
1591 McKenzie Way
Point Roberts, WA 98281

Giancarlo Saavedra
6889 SW 17th ST
Pompano Beach, FL 33068

Grant Noble
515 14th Ave SE
Unit B322
Minneapolis, MN 55414

Greg Gries
500 St Albans Drive
Raleigh, NC 27609

Griffin Creekmore
148 Eagle Crest Dr
Brunswick, GA 31525

Guy Vincent
3402 Wyncliff Drive
Wilson, NC 27896


Hannah Jeon
520 W Parkwood Avenue
La Habra, CA 90631


Harman Kooner
802 La Paloma Street
Turlock, CA 95382


Henry Hwu
1150 Thrush Street
Billings, MT 59101


Henry RWFO
43 Greentree Drive
Scarsdale, NY 10583


Heriberto Dominguez
6033 Faculty Avenue
Lakewood, CA 90712


Hoa Nguyen
8638 Dorsey Way
Sacramento, CA 95828


Hoil Ho
8565 Coral Way
Suite 103
Miami, FL 33155


Idranie Baljit


Ignacio Del toro
2330 Vehicle Drive
Apt. 85
Rancho Cordova, CA 95670


Isaac Rodriguez
614 Beryl Drive
San Antonio, TX 78213

Ismael Zermeno, Jr.
242 E Pearl Street
Corona, NY 11368


Israel Mendoza
27367 Saunders Road
Madera, CA 93637


Jackson Swire
540 S Evergreen Avenue
Arlington Heights, IL 60005


Jacques Schapira
233 Beatrice Drive
West Haven, CT 06516


Jaiel Perez
335 Evergreen Avenue
Brooklyn, NY 11221


James Starnes
1237 Silverbrook Road
Chester, SC 29706


Jamie Yurcak
33 Garretson Avenue
Islip, NY 11751


Jason Sanchez
3833 W Avenue 42
Apt. 217
Los Angeles, CA 90065


Jazz Linquist
620 N Fayette Street
Apt. 125
Alexandria, VA 22314


Jeffrey Garbowsky
2005 Trotwood Court
Jeannette, PA 15644

Jerome Warner
2444 W Britt David Rd
Apt 215
Columbus, GA 31909


Jerry Do
12219 Rothmoore Lane
Houston, TX 77066


Jessica Hertz, Esquire, General Counsel
Shopify (USA), Inc.


Jesus Gil-Roque
2050 W 48th Street
San Bernardino, CA 92407


Jesus Herrera
410 E Geneva Street
Rogers, AR 72758


Jesus Ibarra
1015 Swallow Drive
Vista, CA 92083


Jie Ll
2925 Somerset Place
San Marino, CA 91108


Jimmie Voorhees
1801 N Altadena Drive
Altadena, CA 91001


Joan Palo
137 Centre Street
Quincy, MA 02169


Joel Dollaga
19108 Kit Fox Pl
Castro Valley, CA 94546


Joel Katie
2855 Cinco Ranch Boulevard
Apt. 910
Katy, TX 77494

Joel Miller
7856 Mill Creek Circle
West Chester, OH 45069

Joel Olivo
3710 Georgetown Drive
Sachse, TX 75048

Joel Paulino
1171 W Farms Rd
Bronx, NY 10459

Joey Hwang
13014 Beach Street
Cerritos, CA 90703

John Chisolm
2810 Morning Glow Drive
Apt. 101
Cordova, TN 38016

Jonathan Cruz
2652 Rio Pinar Lakes Blvd.
Orlando, FL 32822

Jonathan Hagger
27923 Barberry Banks Ln
Fulshear, TX 77441

Jonathan Myers
201 N. 8th Street
709
Philadelphia, PA 19106

Jordan Trinh
25 Parkman Street
Apt. 1
Dorchester, MA 02122

Jorge Magana
8024 Tom Drive
Port Arthur, TX 77642

Joseph Bonici
18 Sandpiper Drive
Manalapan, NJ 07726


Joseph DiZillo
1204 Windmill Cir
Norristown, PA 19403


Joseph Kolar
2134 Bridlewood Farms Parkway
Ridgeville, SC 29472


Joseph M. Mabe, Esquire
Slinde Nelson
425 NW 10th Avenue, Suite 200
Portland, OR 97209


Joseph Van
17425 SW 31st Ct
Miramar, FL 33029


Joshua Moore
429 Western Ave Cir
Brookings, SD 57006


JT Koch
2818 N River Road
Waterford, WI 53185


Juan Ruiz
4269 NW 89th Avenue
Apt. 7
Coral Springs, FL 33065


Judy Berg
70 McCulloch Drive
Dix Hills, NY 11746


Julio Garcia
2305 Timber Trail
Plainfield, IL 60586


Julio Real
2341 Dogwood Court
Penbroke, FL 33026

Justin Berlinrut
715 Edmondson Avenue
Milwaukee, WI 53222


Justin Hannis
10457 Barnwall Street
Bellflower, CA 90706


Kannika Somsak
5901 Fairdale Lane
Unit 1
Houston, TX 77057


Kareema Pearson
549 White Oak Drive
Glen Burnie, MD 21060


Katie R. Jacobs, Esquire
Dentons, Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152


Kedar Potdar
3229 El Camino Real
Apt. 214
Santa Clara, CA 95051


Keenen Quinones
20401 SW 118th Avenue
Miami, FL 33177


Keith A. Pitt, Esquire
Slinde Nelson
425 NW 10th Avenue, Suite 200
Portland, OR 97209


Kellen Erpenbach
550 Meadow Lane
Norwood, MN 55397


Kelly A. Cornish, Esquire
Paul, Weiss, et al.
1285 Avenue of the Americas
New York, NY 10019-6064

Ken Buechter
5366 Hollymead Drive
Las Vegas, NV 89135


Ken Russo
3045 Chickweed Pl
Ijamsville, MD 21754


Kevin Chu
5496 Santa Barbara Avenue
Sparks, NV 89436


Kevin Fraser
1228 NE Deerbrook Ter.
Lees Summit, MO 64086


Kevin Fraser
1228 NE Deerbrook Ter.
Burlington, NJ 08016


Kevin Garner
19003 Brighton Trail ln
Tomball, TX 77377


Kevin Huynh
4800 Hawken Street
Amarillo, TX 79118


Kevin Jacob
24 Nina Ct
Sayville, NY 11782


Kevin Maxinez
3319 N Osceola ave
Chicago, IL 60634


Kevin Noel
9435 86 Avenue
Woodhaven, NY 11421


Kevin Pham
229 Oak Valley Lane
Escondido, CA 92027

Kevin Yi
7308 Malton Court
Evans, GA 30809


Kolby Nguyen
4401 SW 74th Way
Davie, FL 33314


Krystal Noel
9435 86 Avenue
Woodhaven, NY 11421


Kupal Kaw
Ogletown Road
Newark, DE 19711


Kyle Prince
4381 Montagano Blvd
South Euclid, OH 44121


Lamar Washington
1028 Rose Garden Drive
Little Elm, TX 75068


Larry Hile
9315 Lenox Point Drive
Charlotte, NC 28273


Laura Granado
650 Dennery Road, Suite 102
#530723
San Diego, CA 92153


Leonard Stanley
2122 Candis Ave
Santa Ana, CA 92706


Leonel Ulloa
10420 37th Road
Corona, NY 11368


Lindquist Jazz
620 N. Fayette Street, Apt. 125
Alexandria, VA 22314

Logan Chmielewski
15201 Cox Ave NW
Poulsbo, WA 98370


Loranzo Collins
3252 Retriever Road
Columbus, OH 43232


Majd Farraj
737 40th Street
Apt. 3
Brooklyn, NY 11232


Marcus Lopez
2953 Naples Street
Sacramento, CA 95826


Margie Burton
1165 Ross Road
Blackstock, SC 29014


Mark Byrd
4438 N 15th Street
Philadelphia, PA 19140


Mark Purificati
50-19 104th St
Corona, NY 11368


Mark Tirado
601 NE 36 Street
2008
Miami, FL 33137


Martha Banta
395 Riverside Drive
Apt. 3F
New York, NY 10025


Martin Coverdale
39 N Woodside Drive
Milford, DE 19963

Matthew Jacobs
5515 Charles Street
Racine, WI 53402


Matthew Jones
867 Vintage Avenue
Fairfield, CA 94534


Mercell Venzon
29249 Albion Court
Hayward, CA 94545


Merell Venzon
29249 Albion Court
Hayward, CA 94545


Michael Benavides
6 Lakecrest Cir
Greenbelt, MD 20770


Michael Cappetta
8848 Majestic Prince Ct
Las Vegas, NV 89178


Michael DeMayo
26 School Street
Berlin, CT 06037


Michael Lenchak
227 Hillside Avenue
Dupont, PA 18641


Michael Lopez
2953 Naples Street
Sacramento, CA 95826


Michael Marroquin
3406 W Perez Avenue
Waukesha, WI 53189


Michael Vargas
108-28 50th Avenue
Apt. 2
Corona, NY 11368

Michael Wiley
2063 Orangelake Drive
Lewis Center, OH 43035


Miguel Jusino
46b Bassi Lane
Providence, RI 02909


Morgan J. Hanson, Esquire
Dentons, Cohen & Grigsby, P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152


Myung Sul
3212 Retama Run
New Hill, NC 27562


Nael Farraj
737 40th Street
Apt. 3
Brunswick, GA 31525


Nathan Changpertitum
1027 Father Capodanno Boulevard
Staten Island, NY 10306


Nathan Changpertitum
10050 Lazy Meadows Drive
Houston, TX 77064


Nathan Imler
2351 Oakwood Hills Drive
Apt. 307
Mechanicsburg, PA 17055


Nathan Tessar
W246S6365 Clearview Lane
Waukesha, WI 53189


Nghia Nguyen
3195 Dowlen Road
Suite 101-118
Beaumont, TX 77706

Nicholas Barron
106 Sheaffer Road
Centerville, MA 02632


Nicholas Castiblanco
25916 Largo Ct
Damascus, MD 20872


Nicholas Kovacs
2810 S Alder Street
Philadelphia, PA 19148


Nicholas Yurcak
111 12th Street
West Babylon, NY 11704


Nicole Ramos
63 Ridgecrest Drive
Ridgefield, CT 06877


Nikhil Limaye
5713 S. Park Pl. W
Salt Lake City, UT 84121


Nino Rei Garcia
40 Joan Pl
Clifton, NJ 07012


Nnadozie Emekobum
1415 East 52nd Street
Brooklyn, NY 11234


Noe Garcia
16331 Davinci Drive
Chino Hills, CA 91709


Nolan Bilder
256 Shinnecock Drive
Manalapan, NJ 07726


Nureen Alamutu
765 Post Avenue
Staten Island, NY 10310

Omar Cervantes
4851 South Winchester
Chicago, IL 60609


Oren Bitan, Esquire
Buchwalter PC
805 SW Broadway, Suite 1500
Portland, OR 97205-3325


Oren Mor
690 Ramapo Road
Teaneck, NJ 07666


Patrick Stryker
Alex Stryker
1862
 Nitas Place
Wantagh, NY 11793


Paul Matarazzo
234 Hang Dog Lane
Wethersfield, CT 06109


PayPal, Inc., c/o
Clifford S. Davidson, Esquire
Snell & Wilmer LLP
1445 SW Broadway, Suite 1750
Portland, OR 97201


Peter Beach
31819 N. Marshall Drive
Queen Creek, AZ 85142


Phillip Tran
10259 Crabapple Lane
Zeeland, MI 49464


Ramel Gonzalez
188 Ludlow St
9B
New York, NY 10002


Raminta Rudys,  Esquire
Snell & Wilmer LLP
1445 SW Broadway, Suite 1750
Portland, OR 97201

Ramon Nunez
2519 Workman St
Los Angeles, CA 90031


Ramon Nunez
2519 Workman Street
Los Angeles, CA 90031


Randy Madrid
3744 Whirlaway Lane
Chino Hills, CA 91709


Rayan Farhatullah
1520 NW 159th Avenue
Pembroke Pines, FL 33028


Rebecca J. Ok, Esquire
Slinde Nelson
425 NW 10th Avenue, Suite 200
Portland, OR 97209


Robenald Galang
205 S. Vine Street
Anaheim, CA 92805


Robert Gonzalez
278 Alta Loma Ave
Daly City, CA 94015-2117


Robert Irvine
79 Cedar Grove Road
Little Falls, NJ 07424


Robert Martin
776 Lohman Avenue
Greencastle, PA 17225


Robert Rose
22 Basket Drive
Jenkins, KY 41537


Roberto Evertz
30 Bridge Street
Bergenfield, NJ 07621

Roderick Harrison
1830 Bayo Claros Circle
Morgan Hill, CA 95037


Roger Chang
89 Red Oak Way
Brunswick, GA 31525


Roldolfo Noble
184 Nagle Avenue
3A
New York, NY 10034


Ruben Abdurakhmanov
105-25 65th Avenue
Apt. 4A
Forest Hills, NY 11375


Ryan Castaneda
30223 Willowbrook Road
Hayward, CA 94544


Ryan Stormes
149 W Questa Trl
Tracy, CA 95391


Ryan Wilson
540 NW 7th Street
Apt 45
Miami, FL 33136


Sahil Kamthewala
32 Ellingwood Avenue
Billerica, MA 01821


Saif Kermalli
1161 Island Shore Lane
Apt 4-207
Lake Mary, FL 32746


Salah Suwaileh
2130 West Rock Creek Court
Merced, CA 95348

Sam Arend
117 N 3rd Street
Emery, SD 57332

Sam Arend
117 N 3rd Street
Manalapan, NJ 07726

Samantha Garrett
2090 Barnes Avenue
Apt 5E
Bronx, NY 10462

Sarou Rim
29 Calvin Road
North Attleboro, MA 02760

Sasan Naghavian
10927 Gerana Street
Apt. A
San Diego, CA 92129

Schmidty Kicks Fund
2524 Powell Avenue
Pennsauken, NJ 08110

Sean Wells
7 Windrose Way
Watervliet, NY 12189

Seth Schricker
11813 Ridgemount Avenue W
Minnetonka, MN 55305

Shopify (USA), Inc., c/o
Corporation Service Company
1127 Broadway Street NE
Suite 310
Salem, OR 97301

Shopify Inc., c/o
Corporation Service Company
251 Litle Falls Drive
Wilmington, DE 19808-1674

Simon Powers
2620 N Pocomoke Street
Arlington, VA 22207

Sneaker Venture
25 Lovell Road
New Rochelle, NY 10804

Sonia Jones
867 Vintage Avenue
Fairfield, CA 94534

Stanley Owusu
436 Rosetta Place
Union, NJ 07083

Steve Clampitt
158 Sunset Avenue
Farmingdale, NY 11735

Steve Peer
43 Greentree Drive
Scarsdale, NY 10583

Steven Clampitt
158 Sunset Avenue
Farmington, NY 11753

Steven Schwarz
10 Grand Street, Floor 13
Brooklyn, NY 11249

Steven Schwarzbaum
133 Dorchester Road
Scarsdale, NY 10583

Stripe
354 Oyster Point Blvd.
South San Francisco, CA 94080

Suraj Patel
12 Judith Lane
Apt. 12
Waltham, MA 02452

Tareq Allan
6439 Cormorant Cir
Rocklin, CA 95765


Terry K. Hwu
32595 Lake Bridgeport Street
Fremont, CA 94555


Thomas Benane
3010 S Whipple Road
Spokane, WA 99206


Thomas Weeks
1 Whitehorn Drive
Miami, FL 33166


Tiana Porta
8 Cynthia Court
Branford, CT 06405


Timothy Wolf
2014 Meadow Street
Cologne, MN 55322


Tommy Huynh
1541 78th Street
Brooklyn, NY 11228


Torrale Phillips
4523 Willowbrook Blvd.
Houston, TX 77021


Trace Wills
559 SW 159 Ter
Pembroke Pines, FL 33027


Tracy DiCicco
317 Randle Court
Cherry Hill, NJ 08034


Travon McCall
15229 Shirley Street
Omaha, NE 68144

Tri Nguyen
4405 Monpellier Drive
Pensacola, FL 32505


Trinidad Lopez
2229 W Wellington Ave
Chicago, IL 60618


Tyler Schaefer
14028 63rd Avenue Ct E
Puyallup, WA 98373


Tyrone Collins
1514 Stetson Drive
Wesley Chapel, FL 33543


Ushawn Edwards
2727 N 82nd Street
Sherman Oaks, CA 91403


Vicente Munoz
4826 E Los Coyotes Diag
Apt 2
Long Beach, CA 90815


Vicente Munoz
3319 N Osceola Ave
Chicago, IL 60634


Victor Ramirez
4901 S. Kilpatrick Avenue
Chicago, IL 60632


Victor Sims
3103 Conway Circle
Summerville, SC 29486


William L. Sayles III
11804 Nicholas Drive
Fredericksburg, VA 22407


William Silva
5540 Whitewater Street
Yorba Linda, CA 92887

Wilmer Novas
6866 Clark Avenue
Pennsauken, NJ 08110


Wrinardo McKennedy
2011 Belvedere Cv
Birmingham, AL 35242


Yi Zhao
2695 Pheasant Hunt Road
Woodbridge, VA 22192


Younghoon Jeon
520 W Parkwood Avenue
La Habra, CA 90631


Yousef Ismail
2242 N Mango
Chicago, IL 60639


Zachery Meadows
3703 Butcher Bend Road
Mineral Wells, WV 26150


Zadeh Kicks LLC
710 Commercial Street, Suite 3
Eugene, OR 97402


Zadeh Kicks LLC, c/o
David P. Stapleton, Receiver
Stapleton Group
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101


Ziang Xu
104 Sideways
Irvine, CA 92618

# United States Bankruptcy Court
### District of New Jersey

In re   **Schmidty Kicks LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Schmidty Kicks LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 17, 2023**

Date

**/s/ E. Richard Dressel**

**E. Richard Dressel**

Signature of Attorney or Litigant

Counsel for   **Schmidty Kicks LLC**

**Lex Nova Law, LLC**

**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
**856.382.8211 Fax:856.406.7398**
**rdressel@lexnovalaw.com**