## United States Bankruptcy Court
### District of New Jersey

In re  **Schmidty Kicks LLC**  
Debtor(s)

Case No. _____  
Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Brett Schmidt**, declare under penalty of perjury that I am the **President** of **Schmidty Kicks LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Brett Schmidt**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Brett Schmidt**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Brett Schmidt**, **President** of this Corporation is authorized and directed to employ **E. Richard Dressel**, attorney and the law firm of **Lex Nova Law, LLC** to represent the corporation in such bankruptcy case."

Date  **January 13, 2023**

Signed  **/s/ Brett Schmidt**  
Brett Schmidt