| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Schmidty Kicks LLC<br>Name | EIN: | 82–0615611 |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: | 7    1/17/23 |
| Case number: | 23–10412–JNP | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| 1. | Debtor's full name | Schmidty Kicks LLC | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 2524 Powell Avenue<br>Pennsauken, NJ 08110 | |
| 4. | Debtor's attorney<br>Name and address | E. Richard Dressel<br>Lex Nova Law, LLC<br>10 E. Stow Road<br>Suite 250<br>Marlton, NJ 08053 | Contact phone 856–382–8211<br>Email: rdressel@lexnovalaw.com |
| 5. | Bankruptcy trustee<br>Name and address | Joseph Marchand<br>Joseph D. Marchand, Chapter 7 Trustee<br>117–119 West Broad Street<br>Bridgeton, NJ 08302 | Contact phone 856–451–7600 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov . (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 856–361–2300<br>Date: 1/18/23 |
| 7. | Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 13, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information** |
| 8. | | | |

| | | |
|---|---|---|
| | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                        page **1**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10412-JNP

Schmidty Kicks LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 7
Date Rcvd: Jan 18, 2023  Form ID: 309C  Total Noticed: 302

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Schmidty Kicks LLC, 2524 Powell Avenue, Pennsauken, NJ 08110-1119 |
| 519814170 | + | Adam Koper, 2802 6th Avenue, South Milwaukee, WI 53172-3314 |
| 519814171 | + | Alejandro Ambriz, 1308 West Washington Street, South Bend, IN 46601-2654 |
| 519814172 | + | Alex McNeice, 113 west 15th Street, New York, NY 10011-6744 |
| 519814173 | + | Alex Tsatourian, 1865 Idlewood Road, Glendale, CA 91202-1053 |
| 519814174 | + | Alexander Knight, 9110 Tumbleweed Run #H, Laurel, MD 20723-1653 |
| 519814175 | + | Alfred Gavina, 224 Urma Ave, Clifton, NJ 07013-3710 |
| 519814176 | + | Allan Wood, 15 F B Merrick Circle, Randolph, MA 02368-2477 |
| 519814177 | + | Alvin Gavina, 224 Urma Ave, Clifton, NJ 07013-3710 |
| 519814179 | + | Andre Tablit, 94-544 Hiahia Loop, Waipahu, HI 96797-3812 |
| 519814180 | + | Andres Martinez, 4137 NW 78th Avenue, Sunrise, FL 33351-6316 |
| 519814181 | | Andrew Frendo, 38327 South Rickham, Brighton, MI 48116 |
| 519814182 | + | Andrew Lam, 10050 Lazy Meadows Drive, Houston, TX 77064-4258 |
| 519814183 | + | Andy Shih, 963 Lawrence Lane, Palo Alto, CA 94303-3834 |
| 519814184 | + | Anfernee Do, 12219 Rothmoore ln, Houston, TX 77066-3224 |
| 519814185 | + | Anthony Chen, 381 Stonegate Ct, Allentown, PA 18106-9196 |
| 519814186 | + | Anthony Wessels, 35455 Marabella Ct., Winchester, CA 92596-8474 |
| 519814187 | + | Ari Semerciyan, 539 Ridgeland Terrace, Leonia, NJ 07605-1019 |
| 519814189 | + | Armon Bhandal, 11 Bell Lane, Burlington, NJ 08016-5144 |
| 519814190 | + | Ashlon Albert, 1521 Callaking Place, Houston, TX 77008-2878 |
| 519814191 | + | Austin Howsare, 4445 NW 166th St, Clive, IA 50325-2564 |
| 519814192 | + | Austin Zaumseil, 1215 N Dryden Avenue, Arlington Heights, IL 60004-4900 |
| 519814193 | + | Avs Kicks Inc, 75-39 187th Street, Fresh Meadows, NY 11366-1725 |
| 519814194 | + | Balit Rajendranazth, 2039 Bathgate Avenue, Bronx, NY 10457-3295 |
| 519814195 | + | Barry Pollack, Esquire, PSD, 43 West 43rd Street, Suite 174, New York, NY 10036-7424 |
| 519814196 | + | Benjamin Swancutt, 92165 Applegate Trail, Junction City, OR 97448-9545 |
| 519814197 | + | Billal Hammoud, 3235 Bending Brook, Flushing, MI 48433-3013 |
| 519814199 | + | Boris Melikhov, 2111 East Avenue, Apt. M, Rochester, NY 14610-2633 |
| 519814200 | + | Brad Westerhold, 8515 Bowsong Lane, Powell, TN 37849-2932 |
| 519814201 | + | Branden Canete, 1370 Sheridan Lane, Beaumont, TX 77706-3311 |
| 519814202 | + | Branden Fox, 125 W Attica Street, Rossville, IL 60963-1151 |
| 519814203 | + | Brandon Braveboy, 1201 Trapani Cove, Chula Vista, CA 91915-1326 |
| 519814204 | + | Brandon Lara, 3524 Miramar Drive, Las Vegas, NV 89108-4706 |
| 519814205 | #+ | Brandon Wirchanske, 15237 Magnolia Blvd., Unit B, Sherman Oaks, CA 91403-1150 |
| 519814206 | + | Brandon Wong, 8871 SE Emily Park Way, Happy Valley, OR 97086-9155 |
| 519814207 | + | Brett Schmidt, 2524 Powell Avenue, Pennsauken, NJ 08110-1119 |
| 519814208 | + | Brian Alvarez, 4516 South Kilpatrick Avenue, Chicago, IL 60632-4825 |
| 519814209 | + | Brian Chu, 262-43 60th Avenue, Little Neck, NY 11362-2503 |
| 519814211 | + | Brian Le, 2262 Piedmont Road, Apt. D, San Jose, CA 95132-1405 |
| 519814212 | + | Brooks Chodnicki, 3775 Turtle Run Blvd, Apt. 1431, Pompano Beach, FL 33067-4252 |
| 519814213 | + | Bryan Jenkins, 139-46 253rd Street, Rosedale, NY 11422-2612 |
| 519814214 | + | Calvin Scott, 6600 Suitland Road, Morningside, MD 20746-4627 |

| District/off: 0312-1 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: 309C | Total Noticed: 302 |

| | | |
|---|---|---|
| 519814215 | + | Carlo Espiel, 12126 Brittania Circle, Germantown, MD 20874-2586 |
| 519814216 | + | Carlos Aguillon-Menefee, 6322 Deer Ridge Trail Court, Springfield, VA 22150-1050 |
| 519814217 | + | Carlos Varela, 609 S 25 1/2 St, Hidalgo, TX 78557-3902 |
| 519814218 | + | Carly Galvez, 67 Goldie St, Revere, MA 02151-1904 |
| 519814219 | + | Carter Rae, 472 Amherst Street, Unit 7185648, Nashua, NH 03063-1204 |
| 519814220 | + | Cecelia McDuffie, 2727 W 116th St, Hawthorne, CA 90250-1977 |
| 519814221 | + | Cesar Olaya, 6025 Basingstoke Court, Centreville, VA 20120-3116 |
| 519814222 | + | Chance Bolmer, 1080 Blaze Drive, Mount Ulla, NC 28125-7801 |
| 519814223 | + | Charles Russell, 2060 NW 3rd Avenue, Gainesville, FL 32603-1512 |
| 519814224 | + | Charles Schmidt, Katie Schmidt, 305 Randle Court, Cherry Hill, NJ 08034-2914 |
| 519814225 | + | Charles Schmidt, III, 2524 Powell Avenue, Pennsauken, NJ 08110-1119 |
| 519814226 | | Chase Yokoyama, 1631 Ala Makani Place, Bronx, NY 10459 |
| 519814227 | + | Chirag Patel, 1804 Pine Meadow Creek, Houston, TX 77089-2843 |
| 519814228 | + | Chris Caron, 1241 Wells Mills Road, Waretown, NJ 08758-3218 |
| 519814229 | + | Chris Markham, 8418 Reedland Road, Roanoke, VA 24019-1825 |
| 519814230 | + | Chrishone Peterson, 30 Grant Street, Hempstead, NY 11550-6615 |
| 519814231 | + | Christopher Black, 6201 SW 9th Place, Pompano Beach, FL 33068-2746 |
| 519814232 | + | Christopher Carmichael, 2026 Barrett Knoll Circle NW, Kennesaw, GA 30152-8209 |
| 519814233 | + | Christopher Poznick, 20 Wickom Avenue, Hamilton, NJ 08690-1615 |
| 519814234 | + | Christopher Yoshida, 5220 Keikilani Circle, Honolulu, HI 96821-1513 |
| 519814235 | + | Chuan Gao, 1220 Cypress Drive, Vineland, NJ 08360-8911 |
| 519814236 | + | Clay Martin, 2441 Cannon Farm Lane, Duluth, GA 30097-4001 |
| 519814237 | + | Craig McClendon, 1384 Sierra Drive, Virginia Beach, VA 23453-2220 |
| 519814238 | + | Damon Rottermond, 102 East Main Street, Brighton, MI 48116-1587 |
| 519814239 | + | Dan Hill, 3618 Exeter Way, Durham, NC 27707-5110 |
| 519814240 | | Daniel P. Larson, Esquire, Buchwalter PC, 805 SW Broadway, Suite 1500, Portland, OR 97205-3325 |
| 519814241 | + | Daniel Reyes, 36509 Nasa Terrace, Fremont, CA 94536-4716 |
| 519814242 | + | Daniel Silva, 9166 NW 111th Ter, Hialeah Gardens, FL 33018-4573 |
| 519814243 | + | Daniel Wagner, 3910 Bowfin Trail, Kissimmee, FL 34746-1954 |
| 519814244 | + | Danny Barragan, 1578 Cloverdale Avenue, Highland Park, IL 60035-2759 |
| 519814245 | + | Darius Hampton, 1451 Northwest 38th Street, 203, Kansas City, MO 64116-4555 |
| 519814246 | + | Darrly S. Laddin, Esquire, Arnall Golden Gregory LLP, 171 17th St. NW, Suite 2100, Atlanta, GA 30363-1031 |
| 519814247 | + | Dempsey Dulaney, 1263 W 250 S, Spanish Fork, UT 84660-4959 |
| 519814248 | + | Dennis Vong, 1922 Silverwood Circle, Corona, CA 92881-7446 |
| 519814249 | + | Desmond Warner, 3336 Baychester Ave, Apt 2, Bronx, NY 10475-1784 |
| 519814250 | + | Dominic Hoang, 4609 Saint Nazaire Rd, Pensacola, FL 32505-2629 |
| 519814251 | + | Eder Olivas, 325 Pheasant Hill Drive, North Aurora, IL 60542-1284 |
| 519814252 | + | Eduardo Pacheco, 1327 Butternut Drive, Hanford, CA 93230-7689 |
| 519814253 | + | Eli Minsk, 7745 Dunvegan Close, Atlanta, GA 30350-5505 |
| 519814254 | + | Elizabeth Sacksteder, Esquire, Paul, Weiss, et al., 1285 Avenue of the Americas, New York, NY 10019-6065 |
| 519814255 | + | Elizabeth Salazar, 2050 W 48th Street, San Bernardino, CA 92407-4604 |
| 519814256 | + | Elvis Gomez, 3721 104st, Corona, NY 11368-1949 |
| 519814257 | + | Enrique Rodriguez, 413 E 18th Street, Apt. 3, Weslaco, TX 78596-8187 |
| 519814258 | + | Eriberto Peguero, 9280 Nassau Drive, Cutler Bay, FL 33189-1864 |
| 519814259 | + | Eric Azcona, 136 Farrell St, Somerset, NJ 08873-2903 |
| 519814260 | + | Eric Brown, 119-34 238th Street, Cambria Heights, NY 11411-2332 |
| 519814262 | + | Erin Banks, 464 Riverside Avenue, Colton, CA 92324-2436 |
| 519814263 | + | Fernando Barragan, 5221 53rd Avenue, Sacramento, CA 95823-1440 |
| 519814264 | + | Fernando Londono, 300 Mayflower Avenue, New Rochelle, NY 10801-1429 |
| 519814265 | + | Fernando Torres, 13-06 34th Avenue, Apt. 5D, Astoria, NY 11106-4614 |
| 519814266 | + | Francesco Troccoli, 2844 Sangro Court, Henderson, NV 89044-1757 |
| 519814267 | + | Francisco Gomez, 4114 W. Simmons Avenue, Orange, CA 92868-1512 |
| 519814268 | + | Frank N. White, Esquire, Arnall Golden Gregory LLP, 171 17th St. NW, Suite 2100, Atlanta, GA 30363-1031 |
| 519814269 | + | Gabriel D. Angeles, 3 Fern Avenue, Dumont, NJ 07628-3508 |
| 519814270 | + | Garrett S. Ledgerwood, Esquire, Miller Nash LLP, 111 SW 5th Avenue, Suite 3400, Portland, OR 97204-3614 |
| 519814271 | + | Garvey Gregory, 25 Hughes Street, Maplewood, NJ 07040-3303 |
| 519814272 | + | Gary Hwu, 1591 McKenzie Way, Point Roberts, WA 98281-9712 |
| 519814274 | + | Grant Noble, 515 14th Ave SE, Unit B322, Minneapolis, MN 55414-3970 |
| 519814275 | + | Greg Gries, 500 St Albans Drive, Raleigh, NC 27609-6654 |
| 519814276 | + | Griffin Creekmore, 148 Eagle Crest Dr, Brunswick, GA 31525-4722 |
| 519814277 | + | Guy Vincent, 3402 Wyncliff Drive, Wilson, NC 27896-1652 |
| 519814278 | + | Hannah Jeon, 520 W Parkwood Avenue, La Habra, CA 90631-7229 |
| 519814279 | + | Harman Kooner, 802 La Paloma Street, Turlock, CA 95382-0480 |

| | | |
|---|---|---|
| 519814280 | + | Henry Hwu, 1150 Thrush Street, Billings, MT 59101-6948 |
| 519814281 | + | Henry RWFO, 43 Greentree Drive, Scarsdale, NY 10583-7028 |
| 519814282 | + | Heriberto Dominguez, 6033 Faculty Avenue, Lakewood, CA 90712-1225 |
| 519814283 | + | Hoa Nguyen, 8638 Dorsey Way, Sacramento, CA 95828-7551 |
| 519814284 | + | Hoil Ho, 8565 Coral Way, Suite 103, Miami, FL 33155-2354 |
| 519814286 | #+ | Ignacio Del toro, 2330 Vehicle Drive, Apt. 85, Rancho Cordova, CA 95670-2861 |
| 519814287 | + | Isaac Rodriguez, 614 Beryl Drive, San Antonio, TX 78213-3411 |
| 519814288 | | Ismael Zermeno, Jr., 242 E Pearl Street, Corona, NY 11368 |
| 519814289 | + | Israel Mendoza, 27367 Saunders Road, Madera, CA 93637-6144 |
| 519814325 | #+ | JT Koch, 2818 N River Road, Waterford, WI 53185-5079 |
| 519814290 | + | Jackson Swire, 540 S Evergreen Avenue, Arlington Heights, IL 60005-1920 |
| 519814291 | + | Jacques Schapira, 233 Beatrice Drive, West Haven, CT 06516-6547 |
| 519814292 | + | Jaiel Perez, 335 Evergreen Avenue, Brooklyn, NY 11221-3820 |
| 519814293 | + | James Starnes, 1237 Silverbrook Road, Chester, SC 29706-8531 |
| 519814294 | + | Jamie Yurcak, 33 Garretson Avenue, Islip, NY 11751-2925 |
| 519814295 | + | Jason Sanchez, 3833 W Avenue 42, Apt. 217, Los Angeles, CA 90065-4466 |
| 519814297 | + | Jeffrey Garbowsky, 2005 Trotwood Court, Jeannette, PA 15644-4760 |
| 519814298 | #+ | Jerome Warner, 2444 W Britt David Rd, Apt 215, Columbus, GA 31909-6137 |
| 519814299 | + | Jerry Do, 12219 Rothmoore Lane, Houston, TX 77066-3224 |
| 519814301 | + | Jesus Gil-Roque, 2050 W 48th Street, San Bernardino, CA 92407-4604 |
| 519814302 | + | Jesus Herrera, 410 E Geneva Street, Rogers, AR 72758-7642 |
| 519814303 | + | Jesus Ibarra, 1015 Swallow Drive, Vista, CA 92083-3130 |
| 519814304 | + | Jie Ll, 2925 Somerset Place, San Marino, CA 91108-3035 |
| 519814305 | + | Jimmie Voorhees, 1801 N Altadena Drive, Altadena, CA 91001-3626 |
| 519814306 | + | Joan Palo, 137 Centre Street, Quincy, MA 02169-6317 |
| 519814307 | + | Joel Dollaga, 19108 Kit Fox Pl, Castro Valley, CA 94546-2857 |
| 519814308 | | Joel Katie, 2855 Cinco Ranch Boulevard, Apt. 910, Katy, TX 77494 |
| 519814309 | + | Joel Miller, 7856 Mill Creek Circle, West Chester, OH 45069-5808 |
| 519814310 | + | Joel Olivo, 3710 Georgetown Drive, Sachse, TX 75048-4471 |
| 519814311 | + | Joel Paulino, 1171 W Farms Rd, Bronx, NY 10459-2083 |
| 519814312 | + | Joey Hwang, 13014 Beach Street, Cerritos, CA 90703-1326 |
| 519814313 | + | John Chisolm, 2810 Morning Glow Drive, Apt. 101, Cordova, TN 38016-2498 |
| 519814314 | + | Jonathan Cruz, 2652 Rio Pinar Lakes Blvd., Orlando, FL 32822-7983 |
| 519814316 | + | Jonathan Myers, 201 N. 8th Street, 709, Philadelphia, PA 19106-1016 |
| 519814317 | + | Jordan Trinh, 25 Parkman Street, Apt. 1, Dorchester, MA 02122-3448 |
| 519814318 | + | Jorge Magana, 8024 Tom Drive, Port Arthur, TX 77642-6583 |
| 519814319 | + | Joseph Bonici, 18 Sandpiper Drive, Manalapan, NJ 07726-3628 |
| 519814320 | + | Joseph DiZillo, 1204 Windmill Cir, Norristown, PA 19403-5153 |
| 519814321 | + | Joseph Kolar, 2134 Bridlewood Farms Parkway, Ridgeville, SC 29472-5954 |
| 519814322 | + | Joseph M. Mabe, Esquire, Slinde Nelson, 425 NW 10th Avenue, Suite 200, Portland, OR 97209-3128 |
| 519814324 | + | Joshua Moore, 429 Western Ave Cir, Brookings, SD 57006-1802 |
| 519814326 | + | Juan Ruiz, 4269 NW 89th Avenue, Apt. 7, Coral Springs, FL 33065-1719 |
| 519814327 | + | Judy Berg, 70 McCulloch Drive, Dix Hills, NY 11746-7942 |
| 519814329 | + | Julio Real, 2341 Dogwood Court, Penbroke, FL 33026-1645 |
| 519814330 | | Justin Berlinrut, 715 Edmondson Avenue, Milwaukee, WI 53222 |
| 519814331 | + | Justin Hannis, 10457 Barnwall Street, Bellflower, CA 90706-4108 |
| 519814332 | #+ | Kannika Somsak, 5901 Fairdale Lane, Unit 1, Houston, TX 77057-6334 |
| 519814334 | | Katie R. Jacobs, Esquire, Dentons, Cohen & Grigsby, P.C., 625 Liberty Avenue, 5th Floor, Pittsburgh, PA 15222-3152 |
| 519814335 | + | Kedar Potdar, 3229 El Camino Real, Apt. 214, Santa Clara, CA 95051-2866 |
| 519814336 | + | Keenen Quinones, 20401 SW 118th Avenue, Miami, FL 33177-5431 |
| 519814337 | + | Keith A. Pitt, Esquire, Slinde Nelson, 425 NW 10th Avenue, Suite 200, Portland, OR 97209-3128 |
| 519814338 | + | Kellen Erpenbach, 550 Meadow Lane, Norwood, MN 55397-4610 |
| 519814339 | + | Kelly A. Cornish, Esquire, Paul, Weiss, et al., 1285 Avenue of the Americas, New York, NY 10019-6065 |
| 519814340 | + | Ken Buechter, 5366 Hollymead Drive, Las Vegas, NV 89135-4021 |
| 519814341 | + | Ken Russo, 3045 Chickweed Pl, Ijamsville, MD 21754-9303 |
| 519814342 | + | Kevin Chu, 5496 Santa Barbara Avenue, Sparks, NV 89436-3638 |
| 519814344 | | Kevin Fraser, 1228 NE Deerbrook Ter., Burlington, NJ 08016 |
| 519814343 | + | Kevin Fraser, 1228 NE Deerbrook Ter., Lees Summit, MO 64086-6778 |
| 519814345 | + | Kevin Garner, 19003 Brighton Trail ln, Tomball, TX 77377-3590 |
| 519814346 | + | Kevin Huynh, 4800 Hawken Street, Amarillo, TX 79118-8583 |
| 519814347 | + | Kevin Jacob, 24 Nina Ct, Sayville, NY 11782-1712 |
| 519814348 | + | Kevin Maxinez, 3319 N Osceola ave, Chicago, IL 60634-3343 |
| 519814349 | + | Kevin Noel, 9435 86 Avenue, Woodhaven, NY 11421-1714 |

District/off: 0312-1                              User: admin                                    Page 4 of 7
Date Rcvd: Jan 18, 2023                          Form ID: 309C                                 Total Noticed: 302

| | | |
|---|---|---|
| 519814350 | + | Kevin Pham, 229 Oak Valley Lane, Escondido, CA 92027-5338 |
| 519814351 | + | Kevin Yi, 7308 Malton Court, Evans, GA 30809-8053 |
| 519814353 | + | Krystal Noel, 9435 86 Avenue, Woodhaven, NY 11421-1714 |
| 519814354 | | Kupal Kaw, Ogletown Road, Newark, DE 19711 |
| 519814355 | + | Kyle Prince, 4381 Montagano Blvd, South Euclid, OH 44121-3542 |
| 519814356 | + | Lamar Washington, 1028 Rose Garden Drive, Little Elm, TX 75068-8581 |
| 519814358 | + | Laura Granado, 650 Dennery Road, Suite 102, #530723, San Diego, CA 92153-3015 |
| 519814359 | + | Leonard Stanley, 2122 Candis Ave, Santa Ana, CA 92706-2423 |
| 519814360 | + | Leonel Ulloa, 10420 37th Road, Corona, NY 11368-2039 |
| 519814361 | + | Lindquist Jazz, 620 N. Fayette Street, Apt. 125, Alexandria, VA 22314-2287 |
| 519814362 | + | Logan Chmielewski, 15201 Cox Ave NW, Poulsbo, WA 98370-8221 |
| 519814363 | + | Loranzo Collins, 3252 Retriever Road, Columbus, OH 43232-7504 |
| 519814364 | + | Majd Farraj, 737 40th Street, Apt. 3, Brooklyn, NY 11232-3703 |
| 519814365 | + | Marcus Lopez, 2953 Naples Street, Sacramento, CA 95826-3624 |
| 519814366 | + | Margie Burton, 1165 Ross Road, Blackstock, SC 29014-8997 |
| 519814367 | + | Mark Byrd, 4438 N 15th Street, Philadelphia, PA 19140-1920 |
| 519814368 | + | Mark Purificati, 50-19 104th St, Corona, NY 11368-3126 |
| 519814369 | #+ | Mark Tirado, 601 NE 36 Street, 2008, Miami, FL 33137-3968 |
| 519814370 | + | Martha Banta, 395 Riverside Drive, Apt. 3F, New York, NY 10025-1885 |
| 519814372 | + | Matthew Jacobs, 5515 Charles Street, Racine, WI 53402-1817 |
| 519814373 | + | Matthew Jones, 867 Vintage Avenue, Fairfield, CA 94534-7432 |
| 519814374 | + | Mercell Venzon, 29249 Albion Court, Hayward, CA 94545-1330 |
| 519814375 | + | Merell Venzon, 29249 Albion Court, Hayward, CA 94545-1330 |
| 519814376 | + | Michael Benavides, 6 Lakecrest Cir, Greenbelt, MD 20770-3303 |
| 519814377 | + | Michael Cappetta, 8848 Majestic Prince Ct, Las Vegas, NV 89178-6562 |
| 519814378 | + | Michael DeMayo, 26 School Street, Berlin, CT 06037-3163 |
| 519814379 | + | Michael Lenchak, 227 Hillside Avenue, Dupont, PA 18641-2039 |
| 519814380 | + | Michael Lopez, 2953 Naples Street, Sacramento, CA 95826-3624 |
| 519814381 | | Michael Marroquin, 3406 W Perez Avenue, Waukesha, WI 53189 |
| 519814382 | + | Michael Vargas, 108-28 50th Avenue, Apt. 2, Corona, NY 11368-2969 |
| 519814383 | + | Michael Wiley, 2063 Orangelake Drive, Lewis Center, OH 43035-7505 |
| 519814384 | | Miguel Jusino, 46b Bassi Lane, Providence, RI 02909 |
| 519814385 | | Morgan J. Hanson, Esquire, Dentons, Cohen & Grigsby, P.C., 625 Liberty Avenue, 5th Floor, Pittsburgh, PA 15222-3152 |
| 519814386 | + | Myung Sul, 3212 Retama Run, New Hill, NC 27562-9346 |
| 519814387 | | Nael Farraj, 737 40th Street, Apt. 3, Brunswick, GA 31525 |
| 519814388 | + | Nathan Changpertitum, 1027 Father Capodanno Boulevard, Staten Island, NY 10306-6057 |
| 519814389 | + | Nathan Changpertitum, 10050 Lazy Meadows Drive, Houston, TX 77064-4258 |
| 519814390 | + | Nathan Imler, 2351 Oakwood Hills Drive, Apt. 307, Mechanicsburg, PA 17055-5957 |
| 519814391 | + | Nathan Tessar, W246S6365 Clearview Lane, Waukesha, WI 53189-8303 |
| 519814392 | + | Nghia Nguyen, 3195 Dowlen Road, Suite 101-118, Beaumont, TX 77706-7271 |
| 519814393 | + | Nicholas Barron, 106 Sheaffer Road, Centerville, MA 02632-2060 |
| 519814394 | + | Nicholas Castiblanco, 25916 Largo Ct, Damascus, MD 20872-2024 |
| 519814395 | + | Nicholas Kovacs, 2810 S Alder Street, Philadelphia, PA 19148-4911 |
| 519814396 | + | Nicholas Yurcak, 111 12th Street, West Babylon, NY 11704-3102 |
| 519814397 | + | Nicole Ramos, 63 Ridgecrest Drive, Ridgefield, CT 06877-2534 |
| 519814398 | + | Nikhil Limaye, 5713 S. Park Pl. W, Salt Lake City, UT 84121-1266 |
| 519814399 | + | Nino Rei Garcia, 40 Joan Pl, Clifton, NJ 07012-1371 |
| 519814400 | + | Nnadozie Emekobum, 1415 East 52nd Street, Brooklyn, NY 11234-3205 |
| 519814401 | + | Noe Garcia, 16331 Davinci Drive, Chino Hills, CA 91709-6125 |
| 519814403 | + | Nureen Alamutu, 765 Post Avenue, Staten Island, NY 10310-1926 |
| 519814404 | + | Omar Cervantes, 4851 South Winchester, Chicago, IL 60609-4167 |
| 519814405 | | Oren Bitan, Esquire, Buchwalter PC, 805 SW Broadway, Suite 1500, Portland, OR 97205-3325 |
| 519814406 | + | Oren Mor, 690 Ramapo Road, Teaneck, NJ 07666-1806 |
| 519814407 | + | Patrick Stryker, Alex Stryker, 1862, Nitas Place, Wantagh, NY 11793-3608 |
| 519814408 | + | Paul Matarazzo, 234 Hang Dog Lane, Wethersfield, CT 06109-4043 |
| 519814409 | | PayPal, Inc., c/o, Clifford S. Davidson, Esquire, Snell & Wilmer LLP, 1445 SW Broadway, Suite 1750, Portland, OR 97201 |
| 519814410 | + | Peter Beach, 31819 N. Marshall Drive, Queen Creek, AZ 85142-2065 |
| 519814411 | + | Phillip Tran, 10259 Crabapple Lane, Zeeland, MI 49464-8615 |
| 519814412 | + | Ramel Gonzalez, 188 Ludlow St, 9B, New York, NY 10002-1684 |
| 519814413 | | Raminta Rudys, Esquire, Snell & Wilmer LLP, 1445 SW Broadway, Suite 1750, Portland, OR 97201 |
| 519814414 | + | Ramon Nunez, 2519 Workman St, Los Angeles, CA 90031-2368 |
| 519814416 | + | Randy Madrid, 3744 Whirlaway Lane, Chino Hills, CA 91709-2576 |
| 519814417 | + | Rayan Farhatullah, 1520 NW 159th Avenue, Pembroke Pines, FL 33028-1696 |

Case 23-10412-JNP    Doc 4    Filed 01/20/23    Entered 01/21/23 00:16:58    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0312-1 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: 309C | Total Noticed: 302 |

| | | |
|---|---|---|
| 519814418 | + | Rebecca J. Ok, Esquire, Slinde Nelson, 425 NW 10th Avenue, Suite 200, Portland, OR 97209-3128 |
| 519814419 | + | Robenald Galang, 205 S. Vine Street, Anaheim, CA 92805-4128 |
| 519814421 | + | Robert Irvine, 79 Cedar Grove Road, Little Falls, NJ 07424-1730 |
| 519814422 | + | Robert Martin, 776 Lohman Avenue, Greencastle, PA 17225-1142 |
| 519814423 | | Robert Rose, 22 Basket Drive, Jenkins, KY 41537 |
| 519814424 | #+ | Roberto Evertz, 30 Bridge Street, Bergenfield, NJ 07621-2814 |
| 519814425 | + | Roderick Harrison, 1830 Bayo Claros Circle, Morgan Hill, CA 95037-7001 |
| 519814426 | | Roger Chang, 89 Red Oak Way, Brunswick, GA 31525 |
| 519814427 | + | Roldolfo Noble, 184 Nagle Avenue, 3A, New York, NY 10034-6034 |
| 519814428 | + | Ruben Abdurakhmanov, 105-25 65th Avenue, Apt. 4A, Forest Hills, NY 11375-1807 |
| 519814429 | + | Ryan Castaneda, 30223 Willowbrook Road, Hayward, CA 94544-6673 |
| 519814430 | + | Ryan Stormes, 149 W Questa Trl, Tracy, CA 95391-1249 |
| 519814431 | + | Ryan Wilson, 540 NW 7th Street, Apt 45, Miami, FL 33136-3246 |
| 519814432 | + | Sahil Kamthewala, 32 Ellingwood Avenue, Billerica, MA 01821-5965 |
| 519814433 | + | Saif Kermalli, 1161 Island Shore Lane, Apt 4-207, Lake Mary, FL 32746-5396 |
| 519814434 | + | Salah Suwaileh, 2130 West Rock Creek Court, Merced, CA 95348-3684 |
| 519814435 | + | Sam Arend, 117 N 3rd Street, Emery, SD 57332-2121 |
| 519814436 | | Sam Arend, 117 N 3rd Street, Manalapan, NJ 07726 |
| 519814437 | + | Samantha Garrett, 2090 Barnes Avenue, Apt 5E, Bronx, NY 10462-2623 |
| 519814438 | + | Sarou Rim, 29 Calvin Road, North Attleboro, MA 02760-2107 |
| 519814439 | + | Sasan Naghavian, 10927 Gerana Street, Apt. A, San Diego, CA 92129-1757 |
| 519814440 | + | Schmidty Kicks Fund, 2524 Powell Avenue, Pennsauken, NJ 08110-1119 |
| 519814441 | + | Sean Wells, 7 Windrose Way, Watervliet, NY 12189-1134 |
| 519814442 | + | Seth Schricker, 11813 Ridgemount Avenue W, Minnetonka, MN 55305-1204 |
| 519814443 | + | Shopify (USA), Inc., c/o, Corporation Service Company, 1127 Broadway Street NE, Suite 310, Salem, OR 97301-1139 |
| 519814444 | | Shopify Inc., c/o, Corporation Service Company, 251 Litle Falls Drive, Wilmington, DE 19808-1674 |
| 519814445 | + | Simon Powers, 2620 N Pocomoke Street, Arlington, VA 22207-1004 |
| 519814446 | + | Sneaker Venture, 25 Lovell Road, New Rochelle, NY 10804-2114 |
| 519814447 | + | Sonia Jones, 867 Vintage Avenue, Fairfield, CA 94534-7432 |
| 519814448 | + | Stanley Owusu, 436 Rosetta Place, Union, NJ 07083-8211 |
| 519814450 | + | Steve Peer, 43 Greentree Drive, Scarsdale, NY 10583-7028 |
| 519814451 | + | Steven Clampitt, 158 Sunset Avenue, Farmington, NY 14425 |
| 519814452 | + | Steven Schwarz, 10 Grand Street, Floor 13, Brooklyn, NY 11249-4247 |
| 519814453 | + | Steven Schwarzbaum, 133 Dorchester Road, Scarsdale, NY 10583-6052 |
| 519814454 | + | Stripe, 354 Oyster Point Blvd., South San Francisco, CA 94080-1912 |
| 519814455 | + | Suraj Patel, 12 Judith Lane, Apt. 12, Waltham, MA 02452-7237 |
| 519814456 | + | Tareq Allan, 6439 Cormorant Cir, Rocklin, CA 95765-5803 |
| 519814457 | + | Terry K. Hwu, 32595 Lake Bridgeport Street, Fremont, CA 94555-1033 |
| 519814458 | + | Thomas Benane, 3010 S Whipple Road, Spokane, WA 99206-5908 |
| 519814459 | + | Thomas Weeks, 1 Whitehorn Drive, Miami, FL 33166-5056 |
| 519814460 | #+ | Tiana Porta, 8 Cynthia Court, Branford, CT 06405-4740 |
| 519814461 | + | Timothy Wolf, 2014 Meadow Street, Cologne, MN 55322-9068 |
| 519814462 | + | Tommy Huynh, 1541 78th Street, Brooklyn, NY 11228-2521 |
| 519814463 | + | Torrale Phillips, 4523 Willowbrook Blvd., Houston, TX 77021-3331 |
| 519814464 | + | Trace Wills, 559 SW 159 Ter, Pembroke Pines, FL 33027-1139 |
| 519814465 | + | Tracy DiCicco, 317 Randle Court, Cherry Hill, NJ 08034-2914 |
| 519814467 | + | Tri Nguyen, 4405 Monpellier Drive, Pensacola, FL 32505-3044 |
| 519814468 | + | Trinidad Lopez, 2229 W Wellington Ave, Chicago, IL 60618-8180 |
| 519814469 | + | Tyler Schaefer, 14028 63rd Avenue Ct E, Puyallup, WA 98373-1127 |
| 519814470 | + | Tyrone Collins, 1514 Stetson Drive, Wesley Chapel, FL 33543-6716 |
| 519814471 | | Ushawn Edwards, 2727 N 82nd Street, Sherman Oaks, CA 91403 |
| 519814473 | + | Vicente Munoz, 3319 N Osceola Ave, Chicago, IL 60634-3343 |
| 519814472 | + | Vicente Munoz, 4826 E Los Coyotes Diag, Apt 2, Long Beach, CA 90815-2896 |
| 519814474 | + | Victor Ramirez, 4901 S. Kilpatrick Avenue, Chicago, IL 60632-4834 |
| 519814475 | + | Victor Sims, 3103 Conway Circle, Summerville, SC 29486-8113 |
| 519814476 | + | William L. Sayles III, 11804 Nicholas Drive, Fredericksburg, VA 22407-7365 |
| 519814477 | + | William Silva, 5540 Whitewater Street, Yorba Linda, CA 92887-3735 |
| 519814478 | + | Wilmer Novas, 6866 Clark Avenue, Pennsauken, NJ 08110-6102 |
| 519814479 | + | Wrinardo McKennedy, 2011 Belvedere Cv, Birmingham, AL 35242-6637 |
| 519814480 | + | Yi Zhao, 2695 Pheasant Hunt Road, Woodbridge, VA 22192-3924 |
| 519814481 | + | Younghoon Jeon, 520 W Parkwood Avenue, La Habra, CA 90631-7229 |
| 519814482 | + | Yousef Ismail, 2242 N Mango, Chicago, IL 60639-2830 |
| 519814483 | + | Zachery Meadows, 3703 Butcher Bend Road, Mineral Wells, WV 26150-9500 |

| District/off: 0312-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: 309C | Total Noticed: 302 |

| | | |
|---|---|---|
| 519814484 | + | Zadeh Kicks LLC, 710 Commercial Street, Suite 3, Eugene, OR 97402-5348 |
| 519814485 | + | Zadeh Kicks LLC, c/o, David P. Stapleton, Receiver, Stapleton Group, 1420 Fifth Avenue, Suite 2200, Seattle, WA 98101-1346 |
| 519814486 | + | Ziang Xu, 104 Sideways, Irvine, CA 92618-1059 |

TOTAL: 297

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rdressel@lexnovalaw.com | Jan 18 2023 20:45:00 | E. Richard Dressel, Lex Nova Law, LLC, 10 E. Stow Road, Suite 250, Marlton, NJ 08053 |
| tr | + EDI: QJDMARCHAND.COM | Jan 19 2023 01:44:00 | Joseph Marchand, Joseph D. Marchand, Chapter 7 Trustee, 117-119 West Broad Street, Bridgeton, NJ 08302-2420 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 18 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 18 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519814178 | + Email/PDF: bncnotices@becket-lee.com | Jan 18 2023 20:55:14 | American Express, c/o, Shawn T. Hynes, Esquire, V.P. & Senior Litigation Counsel, 200 Vesey Street, 49th Floor, New York, NY 10285-1000 |

TOTAL: 5

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519814198 | | Billy Erazo, Urb Monte Bello, C34, Hormigueros |
| 519814285 | | Idranie Baljit |
| 519814300 | | Jessica Hertz, Esquire, General Counsel, Shopify (USA), Inc. |
| 519814415 | *+ | Ramon Nunez, 2519 Workman Street, Los Angeles, CA 90031-2368 |
| 519814188 | ##+ | Arianna Jamison, 7326 Kelley Loop, Unit B, Fort George G Meade, MD 20755-2777 |
| 519814210 | ##+ | Brian Jamison, 7326 Kelley Loop, Unit B, Fort George G Meade, MD 20755-2777 |
| 519814261 | ##+ | Eric Chan, 619 Larkspur Drive, Healdsburg, CA 95448-4776 |
| 519814273 | ##+ | Giancarlo Saavedra, 6889 SW 17th ST, Pompano Beach, FL 33068-4317 |
| 519814296 | ##+ | Jazz Linquist, 620 N Fayette Street, Apt. 125, Alexandria, VA 22314-2287 |
| 519814315 | ##+ | Jonathan Hagger, 27923 Barberry Banks Ln, Fulshear, TX 77441-2056 |
| 519814323 | ##+ | Joseph Van, 17425 SW 31st Ct, Miramar, FL 33029-5587 |
| 519814328 | ##+ | Julio Garcia, 2305 Timber Trail, Plainfield, IL 60586-5086 |
| 519814333 | ##+ | Kareema Pearson, 549 White Oak Drive, Glen Burnie, MD 21060-8656 |
| 519814352 | ##+ | Kolby Nguyen, 4401 SW 74th Way, Davie, FL 33314-3048 |
| 519814357 | ##+ | Larry Hile, 9315 Lenox Point Drive, Charlotte, NC 28273-4120 |
| 519814371 | ##+ | Martin Coverdale, 39 N Woodside Drive, Milford, DE 19963-1613 |
| 519814402 | ##+ | Nolan Bilder, 256 Shinnecock Drive, Manalapan, NJ 07726-9525 |
| 519814420 | ## | Robert Gonzalez, 278 Alta Loma Ave, Daly City, CA 94015-2117 |
| 519814449 | ##+ | Steve Clampitt, 158 Sunset Avenue, Farmingdale, NY 11735-5843 |
| 519814466 | ##+ | Travon McCall, 15229 Shirley Street, Omaha, NE 68144-1960 |

TOTAL: 3 Undeliverable, 1 Duplicate, 16 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 7 |
| Date Rcvd: Jan 18, 2023 | Form ID: 309C | Total Noticed: 302 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023  Signature:  /s/Gustava Winters