UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph A. McCormick, Jr. (016221977)

**MᴄDᴏᴡᴇʟʟ Lᴀᴡ, PC**
46 West Main Street
Maple Shade, NJ 08052
jmccormick@mcdowelllegal.com
Attorney for Chapter 7 Trustee

In Re:

Schmidty Kicks LLC,

                              Debtor.

Order Filed on February 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        23-10412-JNP

Chapter:      7

Judge:        Jerrold N. Poslusny

## ORDER AUTHORIZING RETENTION OF

### Joseph E Sarachek, Zachary E. Mazur and Sarachek Law Firm, PLLC

The relief set forth on the following page is **ORDERED**.

**DATED: February 17, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain **Joseph E Sarachek, Zachary E. Mazur and Sarachek Law Firm, PLLC**

        as <u>Special Counsel for the Trustee</u>, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

        The professional's address is:  <u>Sarachek Law Firm, PLLC</u>

        <u>670 White Plains Road, Fl. PH,</u>

        <u>Scarsdale, New York  10584.</u>

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory  completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2