UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph A. McCormick, Jr. (016221977)

**McDowell Law, PC**
46 West Main Street
Maple Shade, NJ 08052
jmccormick@mcdowelllegal.com
Attorney for Chapter 7 Trustee

Order Filed on February 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-10412-JNP

Chapter: 7

Judge: Jerrold N. Poslusny

In Re:

Schmidty Kicks LLC,

Debtor.

## ORDER AUTHORIZING RETENTION OF

**Joseph E Sarachek, Zachary E. Mazur and Sarachek Law Firm, PLLC**

The relief set forth on the following page is **ORDERED**.

**DATED: February 17, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain **Joseph E Sarachek, Zachary E. Mazur and Sarachek Law Firm, PLLC**

    as <u>Special Counsel for the Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: <u>Sarachek Law Firm, PLLC</u>

    <u>670 White Plains Road, Fl. PH,</u>

    <u>Scarsdale, New York  10584.</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-10412-JNP
Schmidty Kicks LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Feb 21, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Schmidty Kicks LLC, 2524 Powell Avenue, Pennsauken, NJ 08110-1119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darryl S. Laddin | on behalf of Creditor American Express National Bank bkrfilings@agg.com  darryl.laddin@agg.com |
| Darryl S. Laddin | on behalf of Creditor American Express Travel Related Services Company  Inc. bkrfilings@agg.com, darryl.laddin@agg.com |
| E. Richard Dressel | on behalf of Debtor Schmidty Kicks LLC rdressel@lexnovalaw.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Richard M Beck
    on behalf of Creditor Sneaker Ventures II  LLC rbeck@klehr.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Zachary Evan Mazur
    on behalf of Trustee Joseph Marchand zachary@saracheklawfirm.com

TOTAL: 8