**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph A. McCormick, Jr. (016221977)
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
jmccormick@mcdowelllegal.com
Attorney for Chapter 7 Trustee

Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Schmidty Kicks LLC,

Debtor.

Case No.:  23-10412-JNP

Chapter:  7

Judge:  Jerrold N. Poslusny

## ORDER AUTHORIZING RETENTION OF

Robert N. Snyder, Jr. / SPB&S, Acc't for Trustee

The relief set forth on the following page is **ORDERED**.

**DATED: February 23, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Robert N. Snyder, Jr. / SPB&S__

as __Accountant for Trustee__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Sharer Petree Brotz & Snyder

   1103 Laurel Oak Rd.-Suite 105B

   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10412-JNP |
| Schmidty Kicks LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

**Recip ID      Recipient Name and Address**
db         #+ Schmidty Kicks LLC, 2524 Powell Avenue, Pennsauken, NJ 08110-1119

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

**Name                Email Address**

Arthur Abramowitz
               on behalf of Creditor American Express Travel Related Services Company  Inc. aabramowitz@shermansilverstein.com, jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Arthur Abramowitz
               on behalf of Creditor American Express National Bank aabramowitz@shermansilverstein.com jbaugh@shermansilverstein.com;mmorris@shermansilverstein.com

Bruce S. Luckman
               on behalf of Creditor American Express Travel Related Services Company  Inc. bluckman@shermansilverstein.com, jbaugh@shermansilverstein.com;bsluckman@gmail.com

Bruce S. Luckman
               on behalf of Creditor American Express National Bank bluckman@shermansilverstein.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 23, 2023 | Form ID: pdf903 | Total Noticed: 1

jbaugh@shermansilverstein.com;bsluckman@gmail.com

Darryl S. Laddin
on behalf of Creditor American Express National Bank bkrfilings@agg.com  darryl.laddin@agg.com

Darryl S. Laddin
on behalf of Creditor American Express Travel Related Services Company  Inc. bkrfilings@agg.com, darryl.laddin@agg.com

E. Richard Dressel
on behalf of Debtor Schmidty Kicks LLC rdressel@lexnovalaw.com

Joseph Marchand
jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph A McCormick, Jr.
on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com
karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Richard M Beck
on behalf of Creditor Sneaker Ventures II  LLC rbeck@klehr.com

Ross J. Switkes
on behalf of Creditor American Express Travel Related Services Company  Inc. rswitkes@shermansilverstein.com

Ross J. Switkes
on behalf of Creditor American Express National Bank rswitkes@shermansilverstein.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Zachary Evan Mazur
on behalf of Trustee Joseph Marchand zachary@saracheklawfirm.com

TOTAL: 14