# Exhibit C

## Two- and Four-Year Transfers to American Express

**Two- and Four-Year Transfers to American Express**

| Transferor | Transferee | Memo | Transfer Date | Transfer Amount |
|---|---|---|---|---|
| **FOUR-YEAR TRANSFERS** | | | | |
| Schmidty Kicks LLC | American Express | ACH | 1/6/2020 | $ 10,975.34 |
| Schmidty Kicks LLC | American Express | ACH | 1/15/2020 | $ 99,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/17/2020 | $ 83,986.83 |
| Schmidty Kicks LLC | American Express | ACH | 1/22/2020 | $ 13,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/27/2020 | $ 202,863.21 |
| Schmidty Kicks LLC | American Express | ACH | 1/28/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/29/2020 | $ 94,727.99 |
| Schmidty Kicks LLC | American Express | ACH | 1/30/2020 | $ 55,070.80 |
| Schmidty Kicks LLC | American Express | ACH | 2/3/2020 | $ 49,850.01 |
| Schmidty Kicks LLC | American Express | ACH | 2/6/2020 | $ 110,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/7/2020 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/14/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/19/2020 | $ 174,745.72 |
| Schmidty Kicks LLC | American Express | ACH | 3/11/2020 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/23/2020 | $ 60,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/23/2020 | $ 40,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/2/2020 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/7/2020 | $ 45,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/8/2020 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/10/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/11/2020 | $ 35,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/11/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/21/2020 | $ 30,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/22/2020 | $ 40,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/26/2020 | $ 67,913.35 |
| Schmidty Kicks LLC | American Express | ACH | 5/28/2020 | $ 22,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/29/2020 | $ 47,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/1/2020 | $ 40,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/1/2020 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/2/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/8/2020 | $ 70,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/9/2020 | $ 22,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/19/2020 | $ 10,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/22/2020 | $ 15,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/23/2020 | $ 60,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/24/2020 | $ 90,405.57 |
| Schmidty Kicks LLC | American Express | ACH | 6/25/2020 | $ 80,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/30/2020 | $ 40,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/1/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/1/2020 | $ 90,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/1/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/6/2020 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/8/2020 | $ 50,000.00 |

| Transferor | Transferee | Memo | Transfer Date | Transfer Amount |
|---|---|---|---|---|
| Schmidty Kicks LLC | American Express | ACH | 7/13/2020 | $ 30,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/16/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/20/2020 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/30/2020 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/31/2020 | $ 179,848.14 |
| Schmidty Kicks LLC | American Express | ACH | 8/14/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/17/2020 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/17/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/18/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/18/2020 | $ 251,152.60 |
| Schmidty Kicks LLC | American Express | ACH | 8/19/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/20/2020 | $ 60,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/24/2020 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/24/2020 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/24/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/25/2020 | $ 109,377.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/25/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/27/2020 | $ 164,183.76 |
| Schmidty Kicks LLC | American Express | ACH | 8/28/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/31/2020 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/18/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/21/2020 | $ 62,824.46 |
| Schmidty Kicks LLC | American Express | ACH | 9/23/2020 | $ 204,989.60 |
| Schmidty Kicks LLC | American Express | ACH | 9/25/2020 | $ 65,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/30/2020 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/1/2020 | $ 165,477.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/2/2020 | $ 90,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/2/2020 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/6/2020 | $ 22,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/13/2020 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/26/2020 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/2/2020 | $ 70,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/3/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/4/2020 | $ 69,684.49 |
| Schmidty Kicks LLC | American Express | ACH | 11/24/2020 | $ 81,813.57 |
| Schmidty Kicks LLC | American Express | ACH | 12/1/2020 | $ 126,636.48 |
| Schmidty Kicks LLC | American Express | ACH | 12/7/2020 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/8/2020 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/10/2020 | $ 157,448.21 |
| Schmidty Kicks LLC | American Express | ACH | 12/11/2020 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/14/2020 | $ 60,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/16/2020 | $ 125,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/21/2020 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/22/2020 | $ 30,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/23/2020 | $ 40,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/24/2020 | $ 190,189.10 |

| Transferor | Transferee | Memo | Transfer Date | Transfer Amount |
|---|---|---|---|---|
| Schmidty Kicks LLC | American Express | ACH | 12/30/2020 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/31/2020 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/4/2021 | $ 142,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/14/2021 | $ 75,000.00 |
| **TWO-YEAR TRANSFERS** | | | | |
| Schmidty Kicks LLC | American Express | ACH | 2/1/2021 | $ 219,509.61 |
| Schmidty Kicks LLC | American Express | ACH | 2/4/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/4/2021 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/9/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/11/2021 | $ 185,006.48 |
| Schmidty Kicks LLC | American Express | ACH | 2/18/2021 | $ 157,731.66 |
| Schmidty Kicks LLC | American Express | ACH | 2/22/2021 | $ 62,998.23 |
| Schmidty Kicks LLC | American Express | ACH | 2/22/2021 | $ 129,372.67 |
| Schmidty Kicks LLC | American Express | ACH | 2/23/2021 | $ 59,959.45 |
| Schmidty Kicks LLC | American Express | ACH | 2/26/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 2/26/2021 | $ 125,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/1/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/2/2021 | $ 170,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/3/2021 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/4/2021 | $ 69,918.75 |
| Schmidty Kicks LLC | American Express | ACH | 3/5/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 3/8/2021 | $ 116,805.42 |
| Schmidty Kicks LLC | American Express | ACH | 3/23/2021 | $ 209,244.54 |
| Schmidty Kicks LLC | American Express | ACH | 4/2/2021 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/6/2021 | $ 213,655.74 |
| Schmidty Kicks LLC | American Express | ACH | 4/12/2021 | $ 300,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/13/2021 | $ 182,362.11 |
| Schmidty Kicks LLC | American Express | ACH | 4/16/2021 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 4/20/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/4/2021 | $ 225,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/6/2021 | $ 225,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/7/2021 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/10/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/10/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/14/2021 | $ 175,075.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/17/2021 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/17/2021 | $ 200,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/17/2021 | $ 255,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/18/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/24/2021 | $ 197,746.74 |
| Schmidty Kicks LLC | American Express | ACH | 5/25/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 5/26/2021 | $ 120,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/7/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/14/2021 | $ 25,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/21/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/23/2021 | $ 50,000.00 |

| Transferor | Transferee | Memo | Transfer Date | Transfer Amount |
|---|---|---|---|---|
| Schmidty Kicks LLC | American Express | ACH | 6/23/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/28/2021 | $ 284,859.55 |
| Schmidty Kicks LLC | American Express | ACH | 6/29/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 6/30/2021 | $ 65,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/2/2021 | $ 255,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/6/2021 | $ 300,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/6/2021 | $ 208,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/6/2021 | $ 299,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/6/2021 | $ 260,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/7/2021 | $ 181,498.51 |
| Schmidty Kicks LLC | American Express | ACH | 7/9/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/13/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/16/2021 | $ 225,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/20/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/22/2021 | $ 135,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/22/2021 | $ 275,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/26/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/26/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 7/30/2021 | $ 105,150.55 |
| Schmidty Kicks LLC | American Express | ACH | 7/30/2021 | $ 170,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/2/2021 | $ 299,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/2/2021 | $ 285,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/5/2021 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/5/2021 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/10/2021 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/10/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/18/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/19/2021 | $ 192,832.02 |
| Schmidty Kicks LLC | American Express | ACH | 8/20/2021 | $ 450,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/23/2021 | $ 4,103.42 |
| Schmidty Kicks LLC | American Express | ACH | 8/23/2021 | $ 450,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/24/2021 | $ 220,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/25/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/25/2021 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/30/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 8/31/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/3/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/9/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/9/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/14/2021 | $ 75,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/15/2021 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/16/2021 | $ 295,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/22/2021 | $ 275,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 9/23/2021 | $ 175,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/4/2021 | $ 156,978.67 |
| Schmidty Kicks LLC | American Express | ACH | 10/7/2021 | $ 188,470.56 |

| Transferor | Transferee | Memo | Transfer Date | Transfer Amount |
|---|---|---|---|---|
| Schmidty Kicks LLC | American Express | ACH | 10/13/2021 | $ 151,397.23 |
| Schmidty Kicks LLC | American Express | ACH | 10/15/2021 | $ 133,201.80 |
| Schmidty Kicks LLC | American Express | ACH | 10/18/2021 | $ 100,300.99 |
| Schmidty Kicks LLC | American Express | ACH | 10/22/2021 | $ 83,477.93 |
| Schmidty Kicks LLC | American Express | ACH | 10/26/2021 | $ 350,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 10/28/2021 | $ 150,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/10/2021 | $ 270,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/17/2021 | $ 142,911.92 |
| Schmidty Kicks LLC | American Express | ACH | 11/18/2021 | $ 450,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/19/2021 | $ 450,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/22/2021 | $ 450,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/23/2021 | $ 125,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/24/2021 | $ 125,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 11/26/2021 | $ 125,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/8/2021 | $ 60,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/13/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/17/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 12/27/2021 | $ 50,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/13/2022 | $ 90,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/14/2022 | $ 100,000.00 |
| Schmidty Kicks LLC | American Express | ACH | 1/18/2022 | $ 32,189.10 |
| Schmidty Kicks LLC | American Express | ACH | 1/24/2022 | $ 74,450.81 |
| Schmidty Kicks LLC | American Express | ACH | 1/31/2022 | $ 200,000.00 |
| **Two-Year Transfers Subtotal** | | | | **$ 17,282,209.46** |
| **Four-Year Transfers** | | | | **$ 25,178,372.69** |