# Exhibit D

## Disputed Zadeh Kicks Charges on AMEX Card (Amounts Equal to Two- and Four-Year Avoidable Transfers)

## Disputed Zadeh Kicks Charges on Amex Card
## (Amounts Equal to Two- and Four-Year Avoidable Transfers)

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| **FOUR-YEAR DISPUTED CHARGES** | | | |
| PAYPAL *ZADEH KICKS | 1/4/2020 | $ 42,275.00 | |
| PAYPAL *ZADEH KICKS | 1/4/2020 | $ 22,275.00 | |
| PAYPAL *ZADEH KICKS | 1/4/2020 | $ 44,550.00 | |
| PAYPAL *ZADEH KICKS | 1/9/2020 | $ 39,750.00 | |
| PAYPAL *ZADEH KICKS | 1/11/2020 | $ 17,830.00 | |
| PAYPAL *ZADEH KICKS | 1/11/2020 | $ 16,180.00 | |
| PAYPAL *ZADEH KICKS | 1/17/2020 | $ 46,450.00 | |
| PAYPAL *ZADEH KICKS | 1/17/2020 | $ 46,450.00 | |
| PAYPAL *ZADEH KICKS | 1/17/2020 | $ 46,450.00 | |
| PAYPAL *ZADEH KICKS | 1/17/2020 | $ 46,450.00 | |
| PAYPAL *ZADEH KICKS | 1/18/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/23/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 23,275.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 24,225.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 1/25/2020 | $ 36,000.00 | |
| PAYPAL *ZADEH KICKS | 2/2/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/2/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/2/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/2/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/2/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/2/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/4/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/4/2020 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 2/4/2020 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 2/4/2020 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 2/4/2020 | $ 14,500.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 38,400.00 | |
| PAYPAL *ZADEH KICKS | 2/6/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 2/27/2020 | $ 27,150.00 | |
| PAYPAL *ZADEH KICKS | 2/27/2020 | $ 27,150.00 | |
| PAYPAL *ZADEH KICKS | 2/27/2020 | $ 21,720.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 2/28/2020 | $ 25,675.00 | |
| PAYPAL *ZADEH KICKS | 2/28/2020 | $ 25,675.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 35,600.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 37,840.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 37,840.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 37,840.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 35,600.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 35,600.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 35,600.00 | |
| PAYPAL *ZADEH KICKS | 3/10/2020 | $ 37,840.00 | |
| PAYPAL *ZADEH KICKS | 5/5/2020 | $ 13,065.00 | |
| PAYPAL *ZADEH KICKS | 5/5/2020 | $ 13,065.00 | |
| PAYPAL *ZADEH KICKS | 5/5/2020 | $ 12,347.50 | |
| PAYPAL *ZADEH KICKS | 5/5/2020 | $ 13,065.00 | |
| PAYPAL *ZADEH KICKS | 5/6/2020 | $ 24,395.00 | |
| PAYPAL *ZADEH KICKS | 5/6/2020 | $ 24,305.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/22/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/27/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/27/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/30/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/30/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 5/30/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 6/3/2020 | $ 4,000.00 | |
| PAYPAL *ZADEH KICKS | 6/5/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 6/5/2020 | $ 6,210.00 | |
| PAYPAL *ZADEH KICKS | 6/5/2020 | $ 28,000.00 | |
| PAYPAL *ZADEH KICKS | 6/5/2020 | $ 35,200.00 | |
| PAYPAL *ZADEH KICKS | 6/20/2020 | $ 19,640.00 | |
| PAYPAL *ZADEH KICKS | 6/20/2020 | $ 21,070.00 | |
| PAYPAL *ZADEH KICKS | 6/20/2020 | $ 19,655.00 | |
| PAYPAL *ZADEH KICKS | 6/22/2020 | $ 23,420.00 | |
| PAYPAL *ZADEH KICKS | 6/22/2020 | $ 22,955.00 | |
| PAYPAL *ZADEH KICKS | 6/23/2020 | $ 23,440.00 | |
| PAYPAL *ZADEH KICKS | 6/23/2020 | $ 23,570.00 | |
| PAYPAL *ZADEH KICKS | 6/23/2020 | $ 7,720.00 | |
| PAYPAL *ZADEH KICKS | 6/23/2020 | $ 14,805.00 | |
| PAYPAL *ZADEH KICKS | 6/23/2020 | $ 13,700.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 50,350.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 30,000.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 20,200.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 10,100.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 61,550.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 50,350.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 10,100.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 40,400.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 10,100.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 150.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 40,100.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2020 | $ 20,050.00 | |
| PAYPAL *ZADEH KICKS | 7/5/2020 | $ 150.00 | |
| PAYPAL *ZADEH KICKS | 7/5/2020 | $ 10,100.00 | |
| PAYPAL *ZADEH KICKS | 7/7/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/7/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/11/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/11/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/15/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/15/2020 | $ 30,000.00 | |
| PAYPAL *ZADEH KICKS | 7/27/2020 | $ 30,450.00 | |
| PAYPAL *ZADEH KICKS | 7/27/2020 | $ 27,450.00 | |
| PAYPAL *ZADEH KICKS | 7/27/2020 | $ 600.00 | |
| PAYPAL *ZADEH KICKS | 7/27/2020 | $ 20,500.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2020 | $ 10,250.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2020 | $ 300.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2020 | $ 60,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2020 | $ 40,100.00 | |
| PAYPAL *ZADEH KICKS | 8/14/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/14/2020 | $ 55,300.00 | |
| PAYPAL *ZADEH KICKS | 8/14/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/14/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/15/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/15/2020 | $ 8,850.00 | |
| PAYPAL *ZADEH KICKS | 8/15/2020 | $ 55,300.00 | |
| PAYPAL *ZADEH KICKS | 8/15/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/15/2020 | $ 18,800.00 | |
| PAYPAL *ZADEH KICKS | 8/15/2020 | $ 15,500.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/17/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/24/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/24/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/24/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/24/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/24/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/26/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/28/2020 | $ 26,600.00 | |
| PAYPAL *ZADEH KICKS | 8/28/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/28/2020 | $ 26,175.00 | |
| PAYPAL *ZADEH KICKS | 8/31/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 8/31/2020 | $ 28,750.00 | |
| PAYPAL *ZADEH KICKS | 9/17/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/17/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/17/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/22/2020 | $ 35,000.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 9/24/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/24/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/24/2020 | $ 35,000.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 9/30/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 10/1/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 10/1/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 10/1/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 10/1/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 10/1/2020 | $ 30,500.00 | |
| PAYPAL *ZADEH KICKS | 10/5/2020 | $ 29,000.00 | |
| PAYPAL *ZADEH KICKS | 10/5/2020 | $ 29,000.00 | |
| PAYPAL *ZADEH KICKS | 10/5/2020 | $ 29,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 1,450.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 2,900.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 5,700.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 1,450.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 39,500.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 42,000.00 | |
| PAYPAL *ZADEH KICKS | 12/4/2020 | $ 1,680.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/9/2020 | $ 31,600.00 | |
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 25,996.26 | |
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 26,000.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/11/2020 | $ 39,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/15/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/19/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/19/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/19/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/19/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/19/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/19/2020 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 12/23/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/23/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/23/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/23/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/23/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/29/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 12/29/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 12/29/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/29/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 12/29/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 12/29/2020 | $ 24,400.00 | |
| PAYPAL *ZADEH KICKS | 12/30/2020 | $ 24,992.18 | |
| PAYPAL *ZADEH KICKS | 12/30/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 12/30/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 12/30/2020 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 1/5/2021 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 1/5/2021 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 1/5/2021 | $ 25,000.00 | |
| PAYPAL *ZADEH KICKS | 1/5/2021 | $ 25,000.00 | |
| **TWO-YEAR DISPUTED CHARGES** | | | |
| PAYPAL *ZADEH KICKS | 2/10/2021 | $ 12,850.00 | |
| PAYPAL *ZADEH KICKS | 2/17/2021 | $ 45,050.00 | |
| PAYPAL *ZADEH KICKS | 2/17/2021 | $ 35,100.00 | |
| PAYPAL *ZADEH KICKS | 2/17/2021 | $ 45,050.00 | |
| PAYPAL *ZADEH KICKS | 2/17/2021 | $ 45,050.00 | |
| PAYPAL *ZADEH KICKS | 2/18/2021 | $ 15,450.00 | |
| PAYPAL *ZADEH KICKS | 2/18/2021 | $ 2,350.00 | |
| PAYPAL *ZADEH KICKS | 2/20/2021 | $ 750.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/20/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/20/2021 | $ 15,300.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/20/2021 | $ 5,350.00 | [1] |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 2/20/2021 | $ 22,500.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/22/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/22/2021 | $ 6,100.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/22/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/22/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 29,200.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 8,650.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 9,300.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 19,250.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 55,100.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 29,200.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 39,150.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 55,100.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 9,300.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 9,300.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 9,300.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 5,350.00 | [1] |
| PAYPAL *ZADEH KICKS | 2/25/2021 | $ 9,300.00 | [1] |
| PAYPAL *ZADEH KICKS | 3/1/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/1/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/1/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/1/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/1/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/3/2021 | $ 32,000.00 | |
| PAYPAL *ZADEH KICKS | 3/5/2021 | $ 800.00 | |
| PAYPAL *ZADEH KICKS | 3/5/2021 | $ 2,150.00 | |
| PAYPAL *ZADEH KICKS | 3/5/2021 | $ 22,050.00 | |
| PAYPAL *ZADEH KICKS | 3/5/2021 | $ 6,450.00 | |
| PAYPAL *ZADEH KICKS | 3/22/2021 | $ 1,950.00 | |
| PAYPAL *ZADEH KICKS | 3/22/2021 | $ 29,200.00 | |
| PAYPAL *ZADEH KICKS | 3/22/2021 | $ 9,300.00 | |
| PAYPAL *ZADEH KICKS | 3/23/2021 | $ 59,050.00 | |
| PAYPAL *ZADEH KICKS | 3/23/2021 | $ 59,050.00 | |
| PAYPAL *ZADEH KICKS | 4/6/2021 | $ 650.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 7,750.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 7,750.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 17,700.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 17,700.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 8,700.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 7,750.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 27,650.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 47,550.00 | |
| PAYPAL *ZADEH KICKS | 4/10/2021 | $ 27,650.00 | |
| PAYPAL *ZADEH KICKS | 4/12/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/12/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/12/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/12/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/12/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/12/2021 | $ 37,600.00 | |
| PAYPAL *ZADEH KICKS | 4/15/2021 | $ 37,275.00 | |
| PAYPAL *ZADEH KICKS | 4/15/2021 | $ 37,275.00 | |
| PAYPAL *ZADEH KICKS | 4/15/2021 | $ 37,275.00 | |
| PAYPAL *ZADEH KICKS | 5/3/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/3/2021 | $ 10,750.00 | |
| PAYPAL *ZADEH KICKS | 5/5/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/5/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/5/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/6/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/6/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/6/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/7/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/7/2021 | $ 55,000.00 | |
| PAYPAL *ZADEH KICKS | 5/13/2021 | $ 5,000.00 | |
| PAYPAL *ZADEH KICKS | 5/13/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/13/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/13/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/14/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/14/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/14/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/14/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/15/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/15/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/15/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/16/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/16/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/16/2021 | $ 57,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/24/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/25/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/25/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 5/25/2021 | $ 32,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 44,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 39,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 58,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 58,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 58,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 58,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 58,500.00 | |
| PAYPAL *ZADEH KICKS | 7/1/2021 | $ 39,000.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/2/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/3/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/4/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/7/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/7/2021 | $ 37,500.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 7/7/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 37,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 12,500.00 | |
| PAYPAL *ZADEH KICKS | 7/8/2021 | $ 13,500.00 | |
| PAYPAL *ZADEH KICKS | 7/12/2021 | $ 36,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/12/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/12/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/12/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/15/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/15/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/15/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/15/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/15/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/19/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/19/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/19/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/19/2021 | $ 24,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/22/2021 | $ 42,000.00 | [1] |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 17,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/29/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/30/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 7/31/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 12,500.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/18/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/19/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/22/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/22/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/22/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/22/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/22/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/22/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 35,900.78 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 8/23/2021 | $ 36,750.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 26,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 10/25/2021 | $ 27,000.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/16/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |

| Amex Statement Memo | Transfer Date | Transfer Amount | Endnote |
|---|---|---|---|
| PAYPAL *ZADEH KICKS | 11/17/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/18/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/18/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/18/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/18/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/20/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/20/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/20/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/20/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/22/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/22/2021 | $ 40,800.00 | |
| PAYPAL *ZADEH KICKS | 11/22/2021 | $ 40,800.00 | |
| **Two-Year Disputed Charges Subtotal** | | **$ 10,103,275.78** | |
| **Four-Year Disputed Charges** | | **$ 17,413,686.72** | |

[1] Partial delivery, amount stated is the disputed portion only