UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Paul Pflumm (006912002)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
ppflumm@mcdowelllegal.com
Attorneys for Trustee

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 23-10412-JNP |
| Schmidty Kicks LLC, | : | Chapter 7 |
| Debtor. | : | Honorable Jerrold N. Poslusny, Jr. |

**NOTICE OF TRUSTEE'S MOTION TO EXTEND BAR DATE**

To:   Honorable Jerrold N. Poslusny, Jr.
      United States Bankruptcy Court
      Mitchell H. Cohen U.S. Courthouse
      400 Cooper Street, 4th Floor
      Camden, New Jersey 08101

      All Parties on the attached Service List

Joseph D. Marchand, Chapter 7 Trustee has filed papers with the court to extend the Bar Date for filing proofs of claim in the above-captioned case. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to order the requested relief, or if you want the court to consider your views on the motion, then on or before May 30, 2023, you or your attorney must File with the court a written response, explaining your position at:

US Bankruptcy Court,
District of New Jersey

PO Box 2067
Camden, NJ 08101

If you mail your response, to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Paul Pflumm
McDOWELL LAW, PC
46 W. Main Street
Maple Shade, NJ 08052

Attend the hearing scheduled to be held on June 6, 2023, at 11:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                                                                                       McDOWELL LAW, PC

DATED: May 15, 2023                    BY: /s/ *Paul Pflumm*

                                                                                                           Paul Pflumm

SCHMIDTY KICKS LLC
Case No. 23-10412 (JNP)
Service List

**Attorney For Debtor**
E. Richard Dressel
Lex Nova Law, LLC
10 E. Stow Road
Suite 250
Marlton, NJ 08053
856-382-8211
Email: rdressel@lexnovalaw.com

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014
Email:

**Trustee**
Joseph Marchand
Joseph D. Marchand, Chapter 7 Trustee
117-119 West Broad Street
Bridgeton, NJ 08302
856-451-7600
Email: jdmarchand@comcast.net

**Special Counsel for Trustee**
Joseph E. Sarachek
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
(646) 517-5420
Email: joe@sarecheklawfirm.com

**Attorney for Sneaker Ventures II, LLC**
Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg, LLP
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
(856) 486-2700
Email: rbeck@klehr.com

**Attorney for American Express**
Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30326-1031
(404) 873-8120
Email: darryl.laddin@agg.com

**Attorney for American Express**
Bruce S. Luckman, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: bluckman@shermansilverstein.com

**Attorney for American Express**
Arthur J. Abramowitz, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: aabramowitz@shermansilverstein.com

**Attorney for American Express**
Ross J. Switkes, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: rswitkes@shermansilverstein.com

**Attorney for PayPal, Inc.**
Alan J. Brody, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, New Jersey 07932
973-443-3543
Email: brodya@gtlaw.com

**Attorney for ATL Jerseys, LLC and Christopher Carmichael**
Ralph A. Ferro, Jr., Esq.
Law Offices of Ralph A. Ferro, Jr., Esq.
66 East Main Street, 3rd Floor
Little Falls, NJ 07423
(973) 200-0988
email: ralphferrojr@msn.com

Peter Indelicato
47 Lavister Drive
Mt. Laurel, NJ 08054
(609) 922-3079
Email: Pete.Indelicato@gmail.com

Marie D'Adamo
1 Westwood Ave.
Cherry Hill, NJ 08002
(856) 371-8416
Email: Supermar16@gmail.com

Christopher and Lauren Monaco
10 Beechtree Drive
Cinnaminson, NJ 08077
(856) 816-7208
Email: cmon621@gmail.com

Michael Nelson
103 White Oak Road
Cherry Hill, NJ 08034
(856) 275-7177
Email: mikenel85@gmail.com

Dominic Paoletti
204 Sussex Drive
Cinnaminson, NJ 08077
(856) 912-8415
Email: dompaoletti@gmail.com

3818 New York LLC
attn: Brian Sharpe
104 Monticello Drive
Cinnaminson, NJ 08077
(609) 206-9763
Email: bsharpe.hks@gmail.com

Dennis Kelley
31 Volans Street
Merchantville, NJ 08109
(856) 220-7832
Email: comfortfood2u@yahoo.com

Richard Krouse
129 Morris Street
Merchantville, NJ 08109
(856) 873-3137
Email: rkrouse12@gmail.com

M:\Active Files\Marchand, Joseph Chapter 7 Trustee\Schmidty Kicks LLC\Motion to extend bar date\NOM.wpd