UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Joseph A. McCormick, Jr., (JM3302)
**JOSEPH A. McCORMICK, JR., P.A.**
**A PROFESSIONAL ASSOCIATION**
76 Euclid Avenue, Suite 103
Haddonfield, New Jersey 08033
(856) 795-6500
Attorneys for Trustee

Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re Schmidty Kicks LLC,

Debtors.

Case No.: 23-10412-JNP

Adv. No.:

Hearing Date:

Judge: Honorable Jerrold N. Poslusny, Jr.

## ORDER LIMITING NOTICE AND ESTABLISHING ELECTRONIC NOTICE PROCEDURES AND FOR RELATED RELIEF

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

**DATED: May 23, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having been opened to the Court by McDowell Law PC, counsel to Joseph D. Marchand, Chapter 7 trustee of the Bankruptcy Estate of Schmidty Kicks LLC and the Court having considered the pleadings filed herewith and good cause appearing for entry of this Order; It is hereby ORDERED:

1. The Trustee shall create and maintain a "Master Email Service List" consisting of all parties filing notices of appearance, and any creditors or other parties in interest who make a request in writing to participate (the "Participating Parties".)

2. The Trustee will provide copies of the Master Email Service List to parties in interest upon request.

3. By filing a notice of appearance in this case, or making a request to be included on the Master Email Service List, a Participating Party is deemed to have consented to electronic service of all pleadings filed in this case.

4. Motions and other pleadings filed in this case need only be served only upon the parties on the Master Service List by email; unless the party is directly affected by a specific pleading.

5. Parties who are not on the Master Email Service List, but are directly affected by a motion or other specific pleading, shall be served by first class mail pursuant to the Federal Rules of Bankruptcy Procedure and the local rules of this Court, unless notice is limited upon separate application to the Court or the party consents to receive service by email.

6. Service shall be affected by attaching copies of pleadings in adobe portable document format ("pdf") to emails to all parties on the Master Email Service List. The subject line of the email shall indicate the Debtor's name and case number. The title[s] of the pleading being served shall be included in the text of the email.

7. These procedures shall be inapplicable to adversary proceedings, which shall continue to be governed by the Federal Rules of Bankruptcy Procedure and the local rules of this Court.

8. Unless a separate application to limit notice is brought before the Court, notices shall continue to be served by the Bankruptcy Noticing Center of the following: a) entry of Orders; b) Notices of Proposed Sale; c) Notices of Proposed Settlement; and c) all events required to be given notice to all creditors by Fed. R. Bankr. P. 2002(f) or similar rules.

9. Service in accordance with the procedures set forth above shall constitute good and sufficient notice of all pleadings filed in this case.