UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Michael J. Hagner, Esq. (244152017)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
mhagner@mcdowelllegal.com
Attorneys for Trustee

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 23-10412-JNP |
|  | : |  |
| Schmidty Kicks LLC, | : | Chapter 7 |
|  | : |  |
| Debtor. | : | Honorable Jerrold N. Poslusny, Jr. |

**NOTICE OF TRUSTEE'S MOTION TO ENFORCE SUBPOENA**

To:  Honorable Jerrold N. Poslusny, Jr.
     United States Bankruptcy Court
     Mitchell H. Cohen U.S. Courthouse
     400 Cooper Street, 4th Floor
     Camden, New Jersey 08101

     All Parties on the attached Service List

Joseph D. Marchand, Chapter 7 Trustee has filed papers with the court to Enforce a Subpoena issued in the above-captioned case. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to order the requested relief, or if you want the court to consider your views on the motion, then on or before August 29, 2023, you or your attorney must File with the court a written response, explaining your position at:

US Bankruptcy Court,
District of New Jersey
PO Box 2067
Camden, NJ 08101

If you mail your response, to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

Michael J. Hagner, Esquire
McDOWELL LAW, PC
46 W. Main Street
Maple Shade, NJ 08052

Attend the hearing scheduled to be held on September 5, 2023, at 11:00 a.m. in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

McDOWELL LAW, PC

DATED: August 8, 2023            BY: /s/ *Michael J. Hagner*
                                      Michael J. Hagner, Esquire

*Page 3 of 6*

SCHMIDTY KICKS LLC
Case No. 23-10412 (JNP)
Service List

**Attorney For Debtor**
E. Richard Dressel
Lex Nova Law, LLC
10 E. Stow Road
Suite 250
Marlton, NJ 08053
856-382-8211
Email: rdressel@lexnovalaw.com

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014
Email:

**Trustee**
Joseph Marchand
Joseph D. Marchand, Chapter 7 Trustee
117-119 West Broad Street
Bridgeton, NJ 08302
856-451-7600
Email: jdmarchand@comcast.net

**Special Counsel for Trustee**
Joseph E. Sarachek
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
(646) 517-5420
Email: joe@sarecheklawfirm.com

**Attorney for Sneaker Ventures II, LLC**
Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg, LLP
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
(856) 486-2700
Email: rbeck@klehr.com

*Page 4 of  6*

**Attorney for American Express**
Darryl S. Laddin, Esquire
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30326-1031
(404) 873-8120
Email: darryl.laddin@agg.com

**Attorney for American Express**
Bruce S. Luckman, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: bluckman@shermansilverstein.com

**Attorney for American Express**
Arthur J. Abramowitz, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email:aabramowitz@shermansilverstein.com

**Attorney for American Express**
Ross J. Switkes, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057
856-662-0700
Email: rswitkes@shermansilverstein.com

**Attorney for PayPal, Inc.**
Alan J. Brody, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive
Florham Park, New Jersey 07932
973-443-3543
Email: brodya@gtlaw.com

**Attorney for ATL Jerseys, LLC and Christopher Carmichael**
Ralph A. Ferro, Jr., Esq.
Law Offices of Ralph A. Ferro, Jr., Esq.
66 East Main Street, 3rd Floor
Little Falls, NJ 07423
(973) 200-0988
email:  ralphferrojr@msn.com

Peter Indelicato
47 Lavister Drive
Mt. Laurel, NJ 08054
(609) 922-3079
Email: Pete.Indelicato@gmail.com

Marie D'Adamo
1 Westwood Ave.
Cherry Hill, NJ 08002
(856) 371-8416
Email: Supermar16@gmail.com

Christopher and Lauren Monaco
10 Beechtree Drive
Cinnaminson, NJ 08077
(856) 816-7208
Email: cmon621@gmail.com

Michael Nelson
103 White Oak Road
Cherry Hill, NJ 08034
(856) 275-7177
Email: mikenel85@gmail.com
mailto:mikenel85@gmail.com
Dominic Paoletti
204 Sussex Drive
Cinnaminson, NJ 08077
(856) 912-8415
Email: dompaoletti@gmail.com

3818 New York LLC
attn: Brian Sharpe
104 Monticello Drive
Cinnaminson, NJ 08077
(609) 206-9763
Email: bsharpe.hks@gmail.com

Dennis Kelley
31 Volans Street
Merchantville, NJ 08109
(856) 220-7832

*Page 6 of  6*

Email: comfortfood2u@yahoo.com

Richard Krouse
129 Morris Street
Merchantville, NJ 08109
(856) 873-3137
Email: rkrouse12@gmail.com


CT Corporation System
Registered Agent for eBay Inc.
820 Bear Tavern Road
West Trenton, NJ 08628

Michelle Oh Huber, General Counsel
eBay, Inc.
2025 Hamilton Avenue
San Jose California 95125

Custodian of Records
eBay, Inc.
2125 Hamilton Avenue
San Jose California 95125;

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Michael J. Hagner, Esq. (244152017)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
mhagner@mcdowelllegal.com
Attorneys for Trustee

|  |  |  |
|---|---|---|
| In re: | : | Case No.: 23-10412-JNP |
| Schmidty Kicks LLC, | : | Chapter 7 |
| Debtor. | : | Honorable Jerrold N. Poslusny, Jr. |
|  | : | Hearing Date: |

**CERTIFICATION IN SUPPORT OF TRUSTEE'S MOTION TO ENFORCE THE SUBPOENA PURSUANT TO FED. R. BANKR. P. 2004**

I, Michael J. Hagner, being of legal age, do hereby certify:

1. I am an attorney-at-law of the state of New Jersey, associated with the law firm McDowell Law PC and entrusted with the handling of this matter. As such, I have personal knowledge of the facts stated herein.

2. On June 2, 2023, a subpoena was served upon eBay, Inc. *See* Subpoena for 2004 examination annexed hereto as Exhibit A.

3. Specifically, the subpoena was served by way of regular mail and certified mail upon the following individuals/entities:

- Michelle Oh Huber, General Counsel, eBay, 2025 Hamilton Avenue, San Jose California 95125;

- Custodian of Records, eBay, 2125 Hamilton Avenue, San Jose California 95125;

- C T Corporation System, Registered Agent for eBay, Inc., 820 Bear Tavern Road, West Trenton, NJ 08628.

4. The subpoena lists a return date of June 20, 2023. *See* Exhibit A.

5. The Trustee, through its Counsel, received signed "green cards" for each registered mailing of the subpoena. *See* Signed Green Cards annexed hereto as Exhibit B.

6. C T Corporation System is the Registered Agent for eBay, Inc. according to the records filed with the State of New Jersey. *See* Status Report for eBay, Inc. annexed hereto as Exhibit C.

7. The Return Date for the subpoena has expired.

8. eBay Inc. has not provided any documents or any other response to the subpoena.

9. The Trustee now moves to enforce the subpoena and to compel production of the documents requested therein.

10. For the reasons stated above, the Trustee seeks entry of proposed Order Compelling eBay, Inc. to Produce Documents Pursuant to Fed. R. Bankr. P. 2004 filed herewith.

I certify under penalty of perjury that the foregoing is true and correct. Executed on the 7th day of August 2023.

McDOWELL LAW, PC

DATED: August 8, 2023          BY: /s/ *Michael J. Hagner*
                                    Michael J. Hagner, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Michael J. Hagner, Esq. (244152017)
**McDOWELL LAW, PC**
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
mhagner@mcdowelllegal.com
Attorneys for Trustee

|  |  |
|---|---|
| In re: | Case No.: 23-10412-JNP |
| Schmidty Kicks LLC, | Chapter 7 |
| Debtor. | Honorable Jerrold N. Poslusny, Jr. |

**ORDER ENFORCING SUBPOENA**

The relief set forth on the following page is hereby **ORDERED**.

THIS MATTER having been opened to the Court by McDowell Law PC, counsel to Joseph D. Marchand, Chapter 7 trustee of the Bankruptcy Estate of Schmidty Kicks LLC and the Court having considered the pleadings filed herewith and good cause appearing for entry of this Order.

It is hereby ORDERED:

1. eBay shall comply with and respond to the Subpoena issued by the Trustee on June 2, 2023 within _____ days of the entry of this Order.

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT

District of __New Jersey__

In re __Schmidty Kicks LLC,__  
          Debtor

Case No. __23-10412-JNP__

Chapter __7__

## SUBPOENA FOR RULE 2004 EXAMINATION

To: **Custodian of Records**  
**eBay**  
**2025 Hamilton Avenue**  
**San Jose, CA 95125**

*(Name of person to whom the subpoena is directed)*

■*Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:     *SEE ATTACHED SCHEDULE A*

| PLACE: Offices of McDowell Law, P.C.<br>46 West Main Street, Maple Shade, NJ 08052 | DATE AND TIME<br>June 20, 2023 @ 03:00 P.M. |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Any subpoenaed organization not a party to this proceeding shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, *Fed.R.Civ.P. 30(b)(6)* made applicable to this proceeding by *Rule 7030, Fed.R.Bankr.P.* See *Rules 1018 and 9014, Fed.R.Bankr.P.*

| ISSUING OFFICER SIGNATURE AND TITLE<br>*/s/ Joseph A. McCormick*<br>Joseph A. McCormick, Jr., Esq.<br>Attorney for Joseph Marchand, Trustee | DATE<br>June 2, 2023 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Joseph A. McCormick, Jr., Esq.<br>Offices of McDowell Law, P.C.<br>46 West Main Street, Maple Shade, NJ 08052<br>(856) 482-5544 | |

PROOF OF SERVICE

| Served<br>Custodian of Records<br>eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125 | Date<br>June 2, 2023 | Place<br>Custodian of Records<br>eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125 |
|---|---|---|
| **Served On (print name)**<br>Custodian of Records<br>eBay<br>2025 Hamilton Avenue<br>San Jose, CA 95125 | | **Manner of Service**<br>First Class and Certified Mail -<br>Return Receipt Requested |
| **Served By (print name)**<br>Joseph A. McCormick, Jr., Esquire | | **Title**<br>Attorney for Joseph Marchand, Trustee |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __June 2, 2023__
           Date

Signature of Server _/s/ Joseph McCormick_

Address of Server: 46 West Main Street, Maple Shade, NJ 08052

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*:
_____ on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because:
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
                                     *Server's signature*

_____
                            *Printed name and title*

_____
                                 *Server's address*

Additional information concerning attempted service, etc.:

# Federal Rule of Civil Procedure 45(d), (e), and (g) (Effective 12/1/13)
## (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:   (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person     (i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1)      Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2)      Command to Produce Materials or Permit Inspection.    (A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
(i)     At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
(ii)    These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:     (i) fails to allow a reasonable time to comply;
(ii)    requires a person to comply beyond the geographical limits specified in Rule 45(c);
(iii)   requires disclosure of privileged or other protected matter, if no exception or waiver applies; or     (iv) subjects a person to undue burden.
*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:     (i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
(i)     shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
(ii)    ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
*(A)     Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
*(B)     Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
*(C)     Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
*(D)     Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:     (i) expressly make the claim; and
(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.     *(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trialpreparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

EXHIBIT A

*Schmidty Kicks LLC - Chapter 7 Bankruptcy*
*(USBC-D.NJ-Case No. 23-10412-JNP)*

*2004 Subpoena - eBay*
*Schedule A*

**Party- Schmidty Kicks, LLC - EIN xx-xxx5611**

1. Schedule of all Schmidty Kicks LLC monthly transactions from inception through account closing;

2. Complete monthly statements for all Schmidty Kicks LLC eBay accounts from inception through account closing; and

3. All eBay account information including names, addresses, phone numbers and email addresses.

M:\Active Files\Marchand, Joseph  Chapter 7 Trustee\Schmidty Kicks LLC\Subpoenas\eBay #1\Schedule A-eBay 03 10 23.wpd



```
Status Report For:       EBAY INC.
Report Date:             6/1/2023
Confirmation Number:     231523020634
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:      0100807207
Business Type:           FOREIGN PROFIT CORPORATION
Status:                  ACTIVE
Original Filing Date:    02/14/2000
Stock Amount:            N/A
Home Jurisdiction:       DE
Status Change Date:      NOT APPLICABLE
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start     N/A
Date:
DOR Suspension End       N/A
Date:
Tax Suspension Start     N/A
Date:
Tax Suspension End       N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:     FEBRUARY
Last Annual Report       02/27/2023
Filed:
Year:                    2023
```

## AGENT/SERVICE OF PROCESS (SOP) INFORMATION

```
Agent:                   C T CORPORATION SYSTEM
Agent/SOP Address:       820 BEAR TAVERN ROAD ,WEST TRENTON,NJ,08628
Address Status:          DELIVERABLE
Main Business Address:   2025 HAMILTON AVENUE, SAN JOSE, CA, 95125
Principal Business       N/A
Address:
```

## ASSOCIATED NAMES

```
Associated Name:         N/A
Type:                    N/A
```

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

|  |  |
|---|---|
| Title: | PRESIDENT |
| Name: | IANNONE,JAMIE |
| Address: | 2025 HAMILTON AVENUE, SAN JOSE, , , US |
| Title: | SECRETARY |
| Name: | HUBER,MARIE OH |
| Address: | 2025 HAMILTON AVENUE, SAN JOSE, , , US |
| Title: | TREASURER |
| Name: | BOUNDS,JOSEPH BRENT |
| Address: | 2025 HAMILTON AVENUE, SAN JOSE, , , US |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate) Date: | 2000 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2015 |
| Annual Report Filing with address change | 2015 |
| Annual Report Filing with address change | 2017 |
| Annual Report Filing with address change | 2019 |
| Annual Report filing with officer/member change | 2015 |
| Annual Report filing with officer/member change | 2017 |
| Annual Report filing with officer/member change | 2019 |
| Annual Report filing with officer/member | 2021 |

EXHIBIT C

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.